UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (EBB) |
| VS. | |
| NELSON DATIL | November 1, 2004 |

<u>WAIVER OF APPEARANCE</u>

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedures, the Defendant, Nelson Datil, waives an appearance in Court to be arraigned on the second superceding indictment inasmuch as said indictment does not change the charges or facts as pertains to him, and he further states that he has received a copy of this indictment and that his plea to said indictment is not guilty.

_____
NELSON DATIL

_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/CT BAR 00163
JNHORN@AOL.COM