UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (EBB) |
| VS. | |
| NELSON DATIL | NOVEMBER 1, 2004 |

## WAIVER OF SPEEDY TRIAL

The defendant, NELSON DATIL, acting herein by his attorney, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. Section 3161(h)(8)(A) and Local Speedy Trial Plan, and requests that the time period from September 14, 2004 through January 11, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pre-trial motions.  In support of this waiver, the defendant states as follows:

1. I am represented by and have consulted with my attorney concerning this waiver;

2. I understand by signing this waiver, I will be giving up those rights accorded to me by the Speedy Trial Act and the Local Speedy Trial Plan; and

3. I request that the requested continuance is in my best interest and outweighs my interest and the public's interest in a speedy trial, and the Court will find that period of delay from September 14, 2004 through January 11, 2005 should be excluded.

                                                         _____
                                                         NELSON DATIL

Subscribed and sworn to before me this____day of November, 2004.

                                                         _____
                                                         JONATHAN EINHORN
                                                         COMMISSIONER SUPERIOR COURT