UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | FEBRUARY 15, 2005 |

**MOTION FOR PERMISSION TO INCUR
EXPENSES FOR OUT- OF-STATE TRAVEL**

     The Defendant, respectfully requests this Court to grant permission to hire two (2) investigators to travel to Texas in order to interview potential witnesses. This is necessary in order to prepare for trial which is scheduled sometime in April, 2005.

                                  THE DEFENDANT,
                                  NELSON DATIL


                                  BY_____
                                  JONATHAN J. EINHORN, HIS ATTORNEY
                                  412 ORANGE STREET
                                  NEW HAVEN, CT 06511/CT BAR 00163
                                  JNHORN@AOL.COM

**CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid this  day of February, 2005to the following:

Jonathan Biran, AUSA
P.O. Box 1824
New Haven, CT  06501

Edmund Q. Collier, Esq.
Dey, Smith & Collier LLC
771 Boston Post Road
Milford, CT  06460

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Road
P.O. Drawer 966
Orange, CT  06477

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

David J. Wenc, Esq.
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT  06096-0306

Michael S. Hillis, Esq.
Dombroski Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT  06511

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
23rd Floor
Hartford, CT  06103

_____
JONATHAN J. EINHORN