UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | MARCH 24, 2005 |

**MOTION TO INCREASE EXPENDITURE**
**FOR PRIVATE INVESTIGATOR**

The Defendant, Nelson Datil, respectfully moves this Honorable Court pursuant to Rule 12 of the Rules of Criminal Procedure to allow Defendant to expend an additional $2,500.00 for an investigator.

THE DEFENDANT,
NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/CT BAR 00163
JNHORN@AOL.COM

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 24th day of March, 2005 to:

Jonathan Biran, AUSA
P.O. Box 1824
New Haven, CT 06501

_____
JONATHAN J. EINHORN