UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | MARCH 25, 2005 |

## WAIVER OF SPEEDY TRIAL

The Defendant, Nelson Datil, acting herein by his attorney, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8)(A) and the Local Speedy Trial Plan for the District of Connecticut, and requests that the time period from January 11, 2005 through April 12, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters and file pre-trial motions.

In support of this waiver, the Defendant states as follows:

1. He is represented by and has consulted with his attorney concerning this waiver;

2. He understands that by signing this waiver, he will be giving up those rights accorded to him by the Speedy Trial Act and the Local Speedy Trial Plan for the District of Connecticut;

3. He request that the Court find that the requested continuance is in the best interest of the Defendant and outweighs her interest in the public's interest in a speedy trial, and the Court will find that period of delay from

January 11, 2005  through April 12, 2005 should be excluded.


_____                              _____
NELSON DATIL                                                                    Date


_____                              _____
JONATHAN J. EINHORN                                                    Date
Appointed Counsel for Defendant