**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- : | Criminal No. 3:02 cr 341 (EBB) |
| : | |
| NELSON DATIL : | |

ENDORSEMENT ORDER ON WAIVER OF SPEEDY TRIAL (DOC. #386)

     The Court finds that the period of time between January 11, 2005 through April 12, 2005 is hereby excluded from the speedy trial calculation, as in the interest of justice, pursuant to Title 18, U.S.C. Section 3161(h)(8).

SO ORDERED.

Dated at New Haven, Connecticut, April 4, 2005.


                                        /s/_____
                                        ELLEN BREE BURNS, SENIOR
                                        UNITED STATES DISTRICT JUDGE