# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                 NO. 3:02CR341 (DJS)

VS.

NELSON DATIL                             JANUARY 7, 2003

## MOTION FOR GIGLIO MATERIAL

The Defendant, NELSON DATIL, respectfully moves this Honorable Court for an Order directing the U.S. Government to Disclose all material required under the holding of the Supreme Court in <u>Giglio v. United States</u>, 405 U.S. 150 (1972). This request includes, but is not limited to, the following:

1)      a complete up- to-date record of all criminal convictions of all actual/potential government witnesses, including arrest and conviction records from the U.S. Department of Justice, Connecticut  and/or New York State, territory or foreign country;

2)      a complete and up- to-date statement of all arrests where information or actual/potential government witnesses were apprehended but not convicted, including the jurisdiction and the governmental authorities involved;

3)      a complete and up-to-date list of all crimes committed by actual/potential government witnesses where there was no apprehension or arrest, including the dates, times and locations