UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
|---|---|
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

**MOTION FOR PRE-TRIAL**
**DISCLOSURE OF DEMONSTRATIVE EVIDENCE**

Defendant NELSON DATIL moves this Honorable Court to order the Government to disclose pretrial any and/or all demonstrative evidence, including but not limited to photographs, recordings, charts, drawings, diagrams and models,[2] that the Government reasonably anticipates will be offered in evidence at trial. Submitted in support of this motion is an accompanying memorandum of law.

WHEREFORE, Defendant moves that this motion be granted.

THE DEFENDANT,
NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777

---

[2] This motion is meant to pertain to demonstrative evidence that has only "illustrative" force, as it is Defendant's understanding that the Government is making available for inspection all "real" evidence or all evidence that has "substantive" force such as firearms, drugs, *etc.*, that has been seized by authorities.