UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
|---|---|
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

**MOTION IN LIMINE**
**RE: PRIOR MISCONDUCT**

The Defendant, NELSON DATIL, hereby moves *in limine* that the U.S. Government be precluded from offering evidence during its case-in-chief of any and all prior bad acts or uncharged crimes of the Defendant.

The basis for this motion is more particularly stated in the attached memorandum of law.

**WHEREFORE,** the Defendant respectfully moves the Court to hold a hearing on this motion and exclude such proffered evidence of other crimes or misconduct in the trial of the case.

THE DEFENDANT,
NELSON DATIL

BY
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777

4/6/05 — Denied without prejudice to renewal