

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

### MOTION FOR EARLY DISCLOSURE OF RULE 16(A) AND JENCKS ACT MATERIAL

The Defendant NELSON DATIL, pursuant to rule 16(a) of the Federal Rules of Criminal Procedure, the Jencks Act (18 U.S.C. §3 500) and paragraphs (3), (4), (5) and (6) of this Court's Standing Order on Discovery, respectfully moves this Honorable Court for an Order directing the U.S. Government to produce all Jencks Act materials, including grand jury testimony of all potential government witnesses, and all written materials concerning all prosecution witnesses, as well as any and all reports, memoranda, notes and interview summations concerning such actual/potential government witnesses not less than 30 days prior to jury selection herein.

THE DEFENDANT,
NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777