UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           NO. 3:02CR341 (DJS)

VS.

NELSON DATIL                                  JANUARY 7, 2003

MOTION FOR DISCLOSURE OF STATEMENTS
OF CO-CONSPIRATORS

The Defendant, NELSON DATIL, moves this Honorable Court, pursuant to Rule 16(a)(1)(A) of the Federal Rules of Criminal Procedure §(A)(A) and (2) of the Standing Order on Pretrial Discovery, and the Fifth and Sixth Amendments of the United States Constitution, to order the Government to produce pre-trial all statements, oral or written, of any purported co-conspirator that the Government intends to introduce at trial under Fed.R.Evid. 801(d)(2)(E), including but not limited to:

1. Written or recorded statements made by any purported co-conspirator, indicted or unindicted, before or after arrest, that are in the Government's possession, custody or control, or that through due diligence may become known to the Government; and

2. The substance of any oral statement made by any purported co-conspirator, indicted or unindicted, before or after arrest, in response to interrogation by any person known to the co-conspirator to be a government agent.