UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

MOTION TO COMPEL NOTICE FROM
THE GOVERNMENT OF INTENTION TO
USE EVIDENCE

Pursuant to the Fifth and Sixth Amendments to the United States Constitution and Fed.R.Crim.P. 12(d)(2), and subject to the limitations of Fed.R.Crim.P. 16, the Defendant, NELSON DATIL moves this Honorable Court to order the Government to provide him notice, as soon as is practicable, of the specific evidence the Government intends to use in its evidence in chief at trial, so that Defendant can move on or before October 7, 2002 to suppress such evidence pursuant to Fed.R. Crim.P. 12(b)(3). Submitted in support of this motion is an accompanying memorandum of law.

WHEREFORE, Defendant moves that this motion be granted.

THE DEFENDANT,
NELSON DATIL

BY
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777

Denied as moot 4/6/05