UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

MOTION FOR DISCLOSURE PURSUANT
TO FEDERAL RULE OF EVIDENCE 404(b)

The Defendant NELSON DATIL, pursuant to Local Rule of Civil Procedure 9, Local Rule of Criminal Procedure 1, Federal Rule of Evidence 404(b), and paragraph (13) of this Court's Standing Order on Discovery, hereby moves this Honorable Court for an Order compelling and directing the U.S. Government to disclose the following:

1) Any evidence the Government intends to introduce against the accused regarding prior or subsequent criminal conduct, charged or uncharged, and any other such "bad act" evidence not charged in the indictment and not alleged as part of any conspiracy charged in the indictment;

2) Any evidence the Government intends to introduce against the accused pursuant to Rule 404(b) of the Federal Rules of Evidence.

THE DEFENDANT,
NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511
FED BAR NO. 00163/(203)-777-3777