UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT   FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

**MOTION FOR NOTICE OF INTENT TO USE RESIDUAL HEARSAY EXCEPTION UNDER RULE 807 AND SUPPORTING MEMORANDUM**

Pursuant to Rule 807 of the Federal Rules of Evidence, Defendant, NELSON DATIL, moves this Honorable Court to order the Government to provide notice of its intent to offer any statement not specifically covered by the hearsay exceptions set forth in Rules 803 and 804, and to provide notice of the particulars of the statement, including the name and address of the declarant.

WHEREFORE, the Defendant moves that this motion be granted.

THE DEFENDANT,
NELSON DATIL

BY _____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777

4/6/05 Denial as moot.