UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (DJS) |
| VS. | |
| NELSON DATIL | JANUARY 7, 2003 |

**MOTION FOR BRADY MATERIAL**
**AND MEMORANDUM IN SUPPORT**

The Defendant, NELSON DATIL, respectfully moves this Honorable Court for an Order directing the U.S. Government to produce all materials, of any kind whatsoever, which is favorable to the Defendant or which is exculpatory, as well as all materials which can be used to impeach or discredit government witnesses on the issue of guilt or punishment. This motion is made pursuant to the holding of the Supreme Court in Brady v. Maryland, 373 U.S. 83 (1963), United States v. Agurs, 427 U.S. 97 (1976), and paragraph (11) of this Court's Standing Order on Discovery.

THE DEFENDANT,
NELSON DATIL

BY _____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777