UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

UNITED STATES OF AMERICA                    NO. 3:02CR341 (EBB)

VS.

NELSON DATIL                                APRIL 6, 2005

**DEFENDANT'S SUBMISSION OF PROPOSED
<u>VOIR DIRE QUESTIONS</u>**

In addition to those questions the Court may put to the veniremen prior to trial in the above-referenced matter, the defendant requests that the Court include the following:

1. Have you or any member of your family ever had any personal experience with federal agents of the Federal Bureau of Investigation, Drug Enforcement Administration or the Bureau of Alcohol, Tobacco and Firearms or any other federal agency?

2. Are you related to any federal, state or local law enforcement agents?

   a. If so, please state the nature of the relationship.

   b. For what agency do these persons work, and in what capacity?

3. Do you have any strong opinions, either good or bad, about law enforcement officers in general?

4. If the Court instructs you, with respect to the testimony of both FBI agents and police officers, that you are not to automatically assume that such testimony is truthful merely because the witness happens to be a police officer:

a. Can you assess and size up the testimony of a police officer like you would any other witness?

b. Can you accept the proposition that a law enforcement officer is just like any other witness, and his testimony is entitled to no special consideration merely because he is a government agent or employee?

c. Is there any one who would more likely than not, believe the testimony of a law enforcement agent merely because he is in law enforcement?

5. Is there anyone here who thinks the law generally leans too far in favor of defendants?

6. Does anyone feel it would be unacceptable to vote "not guilty" or think "not guilty", even if the Government has not proven the case beyond a reasonable doubt?

7. Are there any among you who feel that you would be unable to accept the law as given to you by the Court, without reservation, even if you disagreed with it wholly or partially?

8. In this case, the defendant is presumed to be innocent and the Government has the sole burden of proof. The Government must prove that the defendant is guilty beyond a reasonable doubt. If the Government meets this burden, then and only then, can you find the defendant guilty. This presumption

of innocence remains with the defendant throughout the trial only unless or until the Government proves him guilty beyond a reasonable doubt.

9. Have any of you ever served on a jury before, and if so:

a. Was it civil or criminal?
b. Did the case go to verdict?
c. What court was it in?
d. When was your jury service?
e. Who was the judge, if you recall?
f. Who was the prosecutor, if you recall?

10. Has anyone served on a Grand Jury?

If so, in what sort of case and in what court?

11. Is there anyone among you who believes that since the defendant was arrested, charged and indicted by a jury that he must necessarily have done something wrong or he would not be here on trial?

12. Is there anyone who would feel compelled to convict the defendant of something merely because the Government has expended the time and resources to bring this case to trial, and even if the evidence really was not sufficient to prove the defendant guilty beyond a reasonable doubt?

13. In order to obtain a conviction, the Government has to prove the defendant guilty beyond a reasonable doubt. The defendant does not have to prove himself innocent. Would any member of the panel, if chosen to serve on the jury, require that the defendant affirmatively show his innocence before you would be willing to find him not guilty?

14. If the defendant decided not to testify, would any of you hold this against the defendant? In other words, would the defendant's decision not to take the witness stand prejudice you in any way against the defendant?

15. In our system, the federal criminal case is always brought to trial by the Government as a party. This is only procedural formality. Does the fact that the Government, the United States as a party, make you in any way biased in favor of the prosecution?

16. Will everyone here judge this case solely on the evidence they hear in the court room and on nothing else?

17. Have any of you ever studied law?

    If so, please describe the details.

18. Are any of you related to a lawyer, law student or paralegal. If so:

    a. What is the relation?

    b. What kind of law does he/she practice?

    c. Do you ever discuss your cases with this person?

    d. Do you think that your acquaintance with such a person would in any way cause you to favor one side or the other in this case?

19. Has anyone here ever been the victim of a crime or a witness and, if so, under what circumstances?

20. Has any member of your family or friends been a victim of crime? If so, under what circumstances?

21. Would each of you be able to give the defendant the benefit of your individual judgment in arriving at a verdict in this case?

22. Is there anything about the nature of the charge itself that we have not already covered which would in any way cause you to harbor a belief,

knowledge, prejudice or memory of any experience that would prevent you from keeping an open mind in the case?

23. The government bears the entire burden of proof in this case, and the defendant need not prove anything. I said before the standard or proof the Government must meet is proof beyond a reasonable doubt:

Is there anyone here that would be reluctant to hold the Government to that standard of proof?

24. The defendant has the right to remain silent. He need not testify or put on any evidence at all should his lawyer elect not to. If you become a juror:

a. Is there anyone on the panel who does not understand that the defendant has the absolute right to remain silent?

b. Is there anyone on this panel who cannot promise me that if the defendant chooses to remain silent, that you will not draw any negative inference from this silence or hold it against him at this trial?

25. Is there anyone on the panel who has any opinion about this case at the outset that would prevent you from being a fair, impartial juror?

26. Have you formed any opinion as to the merits of this case? If yes, what is the nature of your opinion, why do you hold it and where did you gain your information regarding the merits of this case.

27. Knowing what you know about this case and any opinion formed about it, would you be satisfied to be tried by a jury having your present frame of mind?

28.     Is there any reason at all that you can think of that would make it difficult in any way for you to serve as a juror in this case, or that makes you reluctant to serve?

29.     Based upon all your information from newspapers, television, radio and conversations with people you live or work with, do you think the legal system is being too soft on crime, or too harsh, or just about right?

30.     Do you have any strong feelings about crime in general, mail or wire fraud or the retail car sales business, that would make it difficult for you to be fair and impartial as a juror?

31.     Have any of you or members of your family ever owned a Mitsubishi?  Do you recall anything particularly good or bad about the purchase of that vehicle?

32.     Have any of you ever had a particularly good or bad experience with car salesmen in the purchase of a vehicle?

33.     Have you or any member of your family ever been employed as a car salesman?

34.     Have you or any member of your family ever worked for a credit union, bank, or any lending agency that extends credit to the public for the

purchase of motor vehicles?

        RESPECTFULLY SUBMITTED
        THE DEFENDANT, NELSON DATIL

        BY_____
        JONATHAN J. EINHORN
        412 ORANGE STREET
        NEW HAVEN, CT 06511
        (203) 777-3777
         FED BAR  ct 00163