# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    V                                CRIM 3:02CR341 (EBB)

NELSON DATIL

### WAIVER OF SPEEDY TRIAL

The defendant, Nelson Datil hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8).

In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver:

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, and the Court will find that the period of delay from **May 25, 2005 to August 9, 2005** is hereby excluded.

_____      8/9/05
NELSON DATIL                         DATE:

_____      8-9-05
JONATHAN J. EINHORN        DATE:
412 Orange St.
New Haven, CT 06511

APPROVED _____
ELLEN BREE BURNS, SENIOR U.S.D.J.