UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT       NEW HAVEN
9 | 7                    2005
Kevin F. Rowe, Clerk
By    M. Ruocco
        Deputy Clerk

```
-----------------------------X
UNITED STATES OF AMERICA      :
                              :      CRIMINAL NUMBER:
             v.               :      3:02CR341 (EBB)
                              :
ANGEL HERNANDEZ, DAVID BROWN  :
RICHARD BROWN, and NELSON     :
DATIL,                        :
                Defendants.   :
                              :
-----------------------------X
```

### VERDICT FORM AS TO DEFENDANT ANGEL HERNANDEZ

**COUNT 1:   CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Angel Hernandez with conspiracy to commit mail fraud and wire fraud, we find the defendant (*check one*):

   ✓  GUILTY                    _____ NOT GUILTY

   If you found the Angel Hernandez guilty, then answer the following questions:

      Do all twelve of you agree that Angel Hernandez conspired to commit the offense of mail fraud?

      ✓  Yes                    _____ No

      Do all twelve of you agree that Angel Hernandez conspired to commit the offense of wire fraud?

      ✓  Yes                    _____ No

**COUNT 2:   MAIL FRAUD**

As to Count Two (2), charging Angel Hernandez with mail fraud, we find the defendant (*check one*):

   ✓  GUILTY                    _____ NOT GUILTY

1

**COUNT 3:   WIRE FRAUD**

As to Count Three (3), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 4:   WIRE FRAUD**

As to Count Four (4), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 5:   WIRE FRAUD**

As to Count Five (5), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 6:   WIRE FRAUD**

As to Count Six (6), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 7:   WIRE FRAUD**

As to Count Seven (7), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 8:   WIRE FRAUD**

As to Count Eight (8), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY

2

**COUNT 9:  WIRE FRAUD**

As to Count Nine (9), charging Angel Hernandez with wire fraud,
we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY


**COUNT 10:  WIRE FRAUD**

As to Count Ten (10), charging Angel Hernandez with wire fraud,
we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY

**COUNT 11:  WIRE FRAUD**

As to Count Eleven (11), charging Angel Hernandez with wire
fraud, we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY


**COUNT 12:  WIRE FRAUD**

As to Count Twelve (12), charging Angel Hernandez with wire
fraud, we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY


**COUNT 13:  WIRE FRAUD**

As to Count Thirteen (13), charging Angel Hernandez with wire
fraud, we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY


**COUNT 14:  WIRE FRAUD**

As to Count Fourteen (14), charging Angel Hernandez with wire
fraud, we find the defendant *(check one)*:

    _____✓_____ GUILTY            _____ NOT GUILTY

3

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 16: WIRE FRAUD**

As to Count Sixteen (16), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Angel Hernandez with mail fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

4

## COUNT 21: WIRE FRAUD

As to Count Twenty-One (21), charging Angel Hernandez with wire
fraud, we find the defendant *(check one)*:

____✓____ GUILTY                    _____ NOT GUILTY

## COUNT 22: MAIL FRAUD

As to Count Twenty-Two (22), charging Angel Hernandez with mail
fraud, we find the defendant *(check one)*:

____✓____ GUILTY                    _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT DAVID BROWN

### COUNT 1:   CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD

As to Count One (1), charging David Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

     __✓__ GUILTY          _____ NOT GUILTY

If you found the David Brown guilty, then answer the following questions:

Do all twelve of you agree that David Brown conspired to commit the offense of mail fraud?

     __✓__ Yes          _____ No

Do all twelve of you agree that David Brown conspired to commit the offense of wire fraud?

     __✓__ Yes          _____ No

### COUNT 3:   WIRE FRAUD

As to Count Three (3), charging David Brown with wire fraud, we find the defendant (check one):

     __✓__ GUILTY          _____ NOT GUILTY

### COUNT 4:   WIRE FRAUD

As to Count Four (4), charging David Brown with wire fraud, we find the defendant (check one):

     __✓__ GUILTY          _____ NOT GUILTY

### COUNT 5:   WIRE FRAUD

As to Count Five (5), charging David Brown with wire fraud, we find the defendant (check one):

     __✓__ GUILTY          _____ NOT GUILTY

**COUNT 10: WIRE FRAUD**

As to Count Ten (10), charging David Brown with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging David Brown with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

**COUNT 21: WIRE FRAUD**

As to Count Twenty-One (21), charging David Brown with wire fraud, we find the defendant *(check one)*:

_____✓ GUILTY          _____ NOT GUILTY

7

**VERDICT FORM AS TO DEFENDANT RICHARD BROWN**

**COUNT 1:    CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Richard Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant (*check one*):

_____ ✓ GUILTY              _____ NOT GUILTY

If you found the Richard Brown guilty, then answer the following questions:

Do all twelve of you agree that Richard Brown conspired to commit the offense of mail fraud?

_____ ✓ Yes              _____ No

Do all twelve of you agree that Richard Brown conspired to commit the offense of wire fraud?

_____ ✓ Yes              _____ No

**COUNT 8:  WIRE FRAUD**

As to Count Eight (8), charging Richard Brown with wire fraud, we find the defendant (*check one*):

_____ GUILTY              _____ ✓ NOT GUILTY

**COUNT 11: WIRE FRAUD**

As to Count Eleven (11), charging Richard Brown with wire fraud, we find the defendant (*check one*):

_____ GUILTY              _____ ✓ NOT GUILTY

**COUNT 12: WIRE FRAUD**

As to Count Twelve (12), charging Richard Brown with wire fraud, we find the defendant (*check one*):

_____ GUILTY              _____ ✓ NOT GUILTY

8

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Richard Brown with wire fraud, we find the defendant *(check one):*

    _____✓_____ GUILTY         _____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Richard Brown with mail fraud, we find the defendant *(check one):*

    _____✓_____ GUILTY         _____ NOT GUILTY

9

**VERDICT FORM AS TO DEFENDANT NELSON DATIL**

**COUNT 1:   CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Nelson Datil with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

      _____✓___ GUILTY         _____ NOT GUILTY

If you found the Nelson Datil guilty, then answer the following questions:

Do all twelve of you agree that Nelson Datil conspired to commit the offense of mail fraud?

      _____✓___ Yes         _____ No

Do all twelve of you agree that Nelson Datil conspired to commit the offense of wire fraud?

      _____✓___ Yes         _____ No

**COUNT 9:   WIRE FRAUD**

As to Count Nine (9), charging Nelson Datil with wire fraud, we find the defendant (check one):

      _____✓___ GUILTY         _____ NOT GUILTY

**COUNT 14: WIRE FRAUD**

As to Count Fourteen (14), charging Nelson Datil with wire fraud, we find the defendant (check one):

      _____✓___ GUILTY         _____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Nelson Datil with wire fraud, we find the defendant (check one):

      _____✓___ GUILTY         _____ NOT GUILTY

10

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Nelson Datil with wire fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY


**COUNT 22: MAIL FRAUD**

As to Count Twenty-Two (22), charging Nelson Datil with mail fraud, we find the defendant *(check one)*:

_____✓_____ GUILTY                    _____ NOT GUILTY




_____
Foreperson


Dated at New Haven, Connecticut this _07_ day of ~~August~~/September, 2005.

11