United S...
District o...
FILED A...

Kevin F. ..., Clerk

By ___ M. Ruocco

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

F. 8/25/05

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 01-01 | CT-SOS | SOS-001-02 | 8/24/98 | Organizational and First Biennial Report re: Shoreline Motors Corporation |
| 01-02 | AMH | AMH-001-03 | undated | Angel Hernandez cover letter and resume |
| 01-02A | SHEL | SHEL-001 | undated | Shelton Mitsubishi Employee Record File re: Angel Hernandez |
| 01-03 | SMC | SMC-048 | 2/10/00 | Shoreline Mitsubishi Employee Information form re: Angel Hernandez |
| 01-04 | SMC | SMC-049 | 11/11/00 | Shoreline Mitsubishi Employee Information form re: David Brown |
| 01-05 | SMC | SMC-047 | 9/19/01 | Shoreline Mitsubishi Employee Information form re: Richard Brown |
| 01-05A | SMC | SMC-294 | 9/10/01 | Shoreline Mitsubishi Employee Information form re: Nelson Datil |
| 01-06 | SMC | SMC-045 | 11/1/98 | Shoreline Mitsubishi Employee Information form re: Richard Dominguez |
| 01-07 | SMC | SMC-046 | 6/18/01 | Shoreline Mitsubishi Employee Information form re: Dariel Perez Torres |
| 01-08 | SMC | SMC-042-44 | Q12/31/00 | Shoreline Motors Corp. Quarter Wage Summary, Quarter ending 12/31/00 |
| 01-09 | SMC | SMC-050-63 | 12/31/00 | W-2 Audit Report for year ending 12/31/00 |

Handwritten margin notes:
- F. 8/23/05 (next to 01-03)
- F. 8/23/05 (next to 01-04)
- F. 8/23/05 (next to 01-05)
- F. 8/23/05 (next to 01-05A)
- F. 8/23/05 (next to 01-08)
- F. 8/23/05 (next to 01-09)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 01-10 | SMC | SMC-010-26 | 12/31/01 | W-2 Audit Report for year ending 12/31/01 |
| 01-11 | SMC | SMC-006-09 | Q9/30/02 | Shoreline Motors Corp. Quarter Wage Summary, Quarter ending 9/30/02 |
| 01-12 | MMCA | MMCA-1498 | 10/8/01 | Memo re: Single Diamond Verification of Income |
| 01-13 | MMCA | MMCA-1484 | 2/13/02 | Memo re: MMCA's Applicant Residence Policy |
| 01-14 | MMCA | MMCA-1485 | 6/4/02 | Memo re: MMCA Advance and Income Verification Policy Changes |
| 01-15 | MMCA | MMCA-1482-83 | 7/9/02 | Letter from MMCA to Anthony Hernandez re: Notice of Probation Status |
| 01-16 | SMC | SMC-152 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Nelson Datil |
| 01-17 | SMC | SMC-147 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Jose Espinosa |
| 01-18 | SMC | SMC-151 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Audley Dale Thompson |
| 01-19 | SMC | SMC-150 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Payvand Rezamand |
| 01-20 | SMC | SMC-149 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Seth Brown |
| 01-21 | SMC | SMC-148 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Jennifer Dewey |
| 01-22 | SMC | SMC-146 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Rex Simmons |

Handwritten annotations in left margin:
- F. 8/23/05
- F. 8/22/05
- F. 8/4/05
- F. 8/11/05
- F. 8/11/05
- F. 8/12/05
- F 8/12/05
- F 8/12/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 01-23 | SMC | SMC-153 | 7/10/02 | Acknowledgment of Policies and Consequences signed by Jose Diaz |
| 01-24 | MMCA | MMCA-1486-97 | 10/10/04 | Spreadsheet re: Shoreline Mitsubishi Accounts in Repo Status |
| 01-25 | MMCA | MMCA-1887-1925 | 7/29/05 | Spreadsheet: Purchase Price of Shoreline Mitsubishi Accounts between Feb. 2000 and July 2002 |
| 01-26 | MMCA | MMCA-1926-76 | 7/29/05 | Spreadsheet re: Shoreline Accounts Purchased Feb. 2000 through July 2002, Repossessions, Skips and Charge-Offs |
| 01-27 | SMC | SMC-284 -86 | 4/26/02 | Insurance Enrollment Form re: Nelson Datil  *Page 1 only* |
| 01-28 | SMC | SMC-426 | undated | Salesperson Payplan "2002" sheet |
| 01-29 | SMC | SMC-416-17 | 5/3/02 | Letter from Patricia O'Neil, Esq. to Bruce Vetre and attached fax cover sheet. |
| 01-30 | SW | USAO-2006 | 3/29/02 | Vehicle Invoice re: Howard Robinson/Pauline Robinson purchase |
| 01-31 | SW | USAO-2007 -08 | 3/29/02 | Retail Purchase Order for Motor Vehicle re: Howard Robinson/Pauline Robinson |
| 01-P39-01 | SW | USAO-670 | 3/4/02 | Credit application - Tara Iuteri/Susan Esposito |
| 01-P39-01A | MMCA | MMCA-1461-63 | 3/4/02 | Wire transmission data for Tara Iuteri/Susan Esposito purchase |
| 01-P39-02 | MMCA | MMCA-1557 | 2/20/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Tara Iuteri |
| 01-P39-03 | MMCA | MMCA-1559 | 3/4/02 | Shoreline Mitsubishi R/O #07028 re: Tara Iuteri |
| 01-P39-04 | SW | USAO-672 | undated | Diamond Option Plan Worksheet re: Tara Iuteri/Susan Esposito |

F. 8/22/05

F. 8/17/05

F → 01-32

3

F. 8/17/05 01-32

F 8/19/05 01-33

F 8/19/05 01-34

= 8/24/05 01-39

Doc. including Vehicle Invoice 9/26/01 re: Shirly Rivera 6 pgs. Domingo Guzman

Shoreline Mitsubishi Employee Info Enrollment/Change Form

plea agreement - Jose Concepcion - 9/9/02

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 01-P39-05 | MMCA | MMCA-1569 | 3/6/02 | Approval re: Tara Iuteri/Susan Esposito purchase |
| 01-P39-06 | MMCA | MMCA-1577 | 3/4/02 | Notice to Co-Signer re: Susan Esposito |
| 01-P39-07 | SW | USAO-657 | 3/4/02 | Vehicle Invoice re: Tara Iuteri/Susan Esposito purchase |
| 01-P39-08 | SW | USAO-677-78 | undated | Draft Retail Purchase Order for Motor Vehicle re: Tara Iuteri purchase |
| 01-P39-09 | SW | USAO-658-59 | 3/4/02 | Retail Purchase Order for Motor Vehicle re: Tara Iuteri/Susan Esposito purchase |
| 01-P39-10 | MMCA | MMCA-1551-54 | 3/4/02 | Diamond Option Plan Retail Installment Contract re: Tara Iuteri/Susan Esposito purchase |
| 01-P39-11 | SW | USAO-682 | 3/4/02 | Application for Insurance re: Tara Iuteri purchase |
| 01-P39-12 | SW | USAO-675 | 3/4/02 | Extended Service Agreement re: Tara Iuteri purchase |
| 01-P39-13 | MMCA | MMCA-1562 | 3/4/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Tara Iuteri/Susan Esposito purchase |
| 01-P39-14 | SW | USAO-706 | undated | Photocopy of Tara Iuteri's CT driver's license |
| 01-P39-15 | SW | USAO-679 | undated | Photocopy of Susan Esposito's CT driver's license |
| 01-P39-16 | SW | USAO-656 | 3/4/02 | Carbon copy of Shoreline Mitsubishi Cash Receipt re: Tara Iuteri ($2,000) |
| 01-P39-17 | SW | USAO-701 | 3/4/02 | Photocopy of CT DMV Official Registration re: Tara Iuteri purchase |
| 01-40 | | | 9/9/03 | Jose Concepcion's cooperation letter |
| 02-01 | MMCA | MMCA-360 | undated | Credit application - Jeffrey Lucas/"Julio" Davila |

*Handwritten at left: E 8/24/05 ; F. 8/12/05*

4

## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 02-01A | MMCA | MMCA-1388-90 | 1/29/01 | Wire transmission data re: Jeffrey Lucas purchase |
| 02-02 | MMCA | MMCA-329 | 12/29/00 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Jeffrey Lucas |
| 02-03 | MMCA | MMCA-325 | 1/25/01 | Shoreline Mitsubishi R/O #07028 re: Jeffrey Lucas/"Julio" Davila |
| 02-04 | MMCA | MMCA-332-33 | undated | Diamond Advantage Plan Worksheet re: Jeffrey Lucas/"Julio" Davila |
| 02-05 | MMCA | MMCA-362 | undated | AutoExpress Approval Program re: "Julio" Davila |
| 02-06 | MMCA | MMCA-361 | 1/25/01 | Notice to Co-Signer - "Julio" Davila |
| 02-07 | SW | USAO-847 | 1/25/01 | Vehicle Invoice re: Jeffrey Lucas purchase |
| 02-08 | SW | USAO-870-71 | 1/24/01 | Draft Retail Purchase Order for Motor Vehicle re: Jeffrey Lucas purchase |
| 02-09 | SW | USAO-868-69 | 1/25/01 | Retail Purchase Order for Motor Vehicle re: Jeffrey Lucas purchase |
| 02-10 | MMCA | MMCA-319-22 | 1/25/01 | Diamond Advantage Plan Retail Installment Contract re: Jeffrey Lucas purchase |
| 02-11 | SW | USAO-848 | 1/25/01 | Carbon copy of Shoreline Mitsubishi cash receipt re: Jeffrey Lucas ($3000) |
| 02-12 | MMCA | MMCA-336 | 1/25/01 | Photocopy of CT DMV Official Registration re: Jeffrey Lucas' purchase |
| 02-13 | SW | USAO-867 | 1/25/01 | "We Owe" form re: Jeffrey Lucas' purchase |
| 02-14 | MMCA | MMCA-315 | 11/16/01 | Letter from Jeffrey Lucas to Rowena, MMCA |

Handwritten annotations in left margin:
- F. 8/11/05 (next to 02-01A)
- F. 8/25/05 (next to 02-02)
- f 8/19/05 (next to 02-03)
- F. 8/25/05 (next to 02-04)
- f 8/19/05 (next to 02-05)
- F. 8/25/05 (next to 02-06)
- F. 8/25/05 (next to 02-07)
- F. 8/25/05 (next to 02-08)
- F. 8/25/05 (next to 02-09)
- F. 8/25/05 (next to 02-10)
- F. 8/25/05 (next to 02-11)
- F. 8/25/05 (next to 02-12)
- F. 8/25/05 (next to 02-13)
- F. 8/25/05 (next to 02-14)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 02-15 | MMCA | MMCA-317 | 12/7/01 | Letter from Jeff Lucas to MMCA |
| 02-16 | MMCA | MMCA-344-45 | 9/23/02 | Notice of intent to dispose of repossessed vehicle |
| 02-17 | MMCA | MMCA-346 | 9/23/02 | MMCA's Notice of plan to sell property |
| 02-18 | MMCA | MMCA-363 | 9/25/02 | MMCA's Authorization to Release a Vehicle |
| 02-19 | JL | JL-002-13 | various | Transaction documents provided by Jeffrey Lucas |
| | | | | |
| 03-01 | MMCA | MMCA-1786 | undated | Credit Application - Shirley Witcher/Wesley Witcher |
| 03-01A | MMCA | MMCA-1818-20 | 5/16/01 | Wire transmission data for Shirley Witcher/Wesley Witcher purchase |
| 03-02 | MMCA | MMCA-1784 | 4/25/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Shirley Witcher |
| 03-03 | MMCA | MMCA-1788 | 5/16/01 | Shoreline Mitsubishi R/O #07028 re: Wesley Witcher |
| 03-04 | MMCA | MMCA-1787 | undated | Diamond Advantage Plan Worksheet re: Shirley Witcher/ Wesley Witcher purchase |
| 03-05 | MMCA | MMCA-1785 | 5/16/01 | Approval re: Shirley Witcher/ Wesley Witcher purchase |
| 03-06 | MMCA | MMCA-1789 | 5/16/01 | Notice to co-signer re: Shirley Witcher |
| 03-07 | SW | USAO-1932 | 5/16/01 | Vehicle Invoice re: Wesley Witcher/Shirley Witcher purchase |
| 03-08 | SW | USAO-1949-54 | undated | Draft Retail Purchase Order for Motor Vehicle re: Wesley Witcher purchase |

Handwritten annotations in left margin:
F. 8/25/05 (rows 02-15 through 02-19)
F. 8/10/05 (rows 03-01 through 03-08)

6

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 03-09 | SW | USAO-1933-34 | 5/16/01 | Retail Purchase Order for Motor Vehicle re: Wesley Witcher/Shirley Witcher purchase |
| 03-10 | MMCA | MMCA-1821-22 | 5/16/01 | Diamond Advantage Plan Retail Installment Contract re: Wesley Witcher/Shirley Witcher purchase |
| 03-11 | SW | USAO-1947 | undated | Photocopy of Shirley Witcher's CT driver's license |
| 03-12 | SW | USAO-1948 | undated | Photocopy of Wesley Witcher's CT driver's license |
| 03-13 | MMCA | MMCA-1791 | 5/16/01 | Photocopy of CT DMV Official Registration re: Wesley Witcher purchase |
| 03-14 | SW | USAO-1955-56 | 5/16/01 | "We Owe" form re: Wesley Witcher purchase |
| 03-15 | MMCA | MMCA-1802-03 | 10/8/01 | Notice of Intent to Dispose of Repossessed or Surrendered Motor Vehicle |
| 03-16 | MMCA | MMCA-1804 | 10/8/01 | Notice of Our Plan to Sell Property |
| 03-17 | MMCA | MMCA-1798 | 1/5/02 | Repossession Accounting Statement and Explanation of Surplus or Deficiency Balance |
| 04-01 | MMCA | MMCA-1736 | undated | Credit Application - Willard Hyman, Andrea Williams |
| 04-01A | MMCA | MMCA-1751-53 | 8/22/01 | Wire transmission data for Willard Hyman/Andrea Williams purchase |
| 04-02 | MMCA | MMCA-1735 | 3/16/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Willard Hyman |
| 04-03 | MMCA | MMCA-1737 | 8/22/01 | Shoreline Mitsubishi R/O #07028 re: Willard Hyman purchase |

F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/10/05
F. 8/16/05
F. 8/11/05
F. 8/15/05
F. 8/15/05

**GOVERNMENT EXHIBITS – USA v. ANGEL HERNANDEZ et al.**
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 04-04 | MMCA | MMCA-1738 | 8/22/01 | Approval from MMCA for financing of Willard Hyman/ Andrea Williams purchase |
| 04-05 | MMCA | MMCA-1733 | 8/22/01 | Notice to co-signer re: Andrea Williams |
| 04-06 | SW | USAO-1822 | 8/22/01 | Vehicle Invoice re: Willard Hyman/Andrea Williams purchase |
| 04-07 | SW | USAO-1838 | undated | Draft Retail Purchase Order for Motor Vehicle re: Willard Hyman purchase |
| 04-08 | SW | USAO-1823-24 | 8/22/01 | Retail Purchase Order for Motor Vehicle re: Willard Hyman/Andrea Williams purchase |
| 04-09 | MMCA | MMCA-1745-46 | 8/22/01 | Diamond Advantage Plan Retail Installment Contract re: Willard Hyman/Andrea Williams purchase |
| 04-10 | MMCA | MMCA-1731-32 | 8/22/01 | Extended Service Agreement re: Willard Hyman purchase |
| 04-11 | SW | USAO-1841 | 8/22 | Consumer Repayment Options diagram re: Willard Hyman purchase |
| 04-12 | MMCA | MMCA-1740 | 8/22/01 | Certificate of Insurance re: Willard Hyman |
| 04-13 | SW | USAO-1839 | undated | Photocopy of Willard Hyman's CT driver's license |
| 04-14 | SW | USAO-1840 | various | Photocopy of Andrea Williams' CT Department of Social Services ID card and Infinity Insurance Company cards |
| 04-15 | MMCA | MMCA-1742 | 8/22/01 | Photocopy of CT DMV Official Registration for Andrea Williams' purchase (Montero) |
| 04-16 | SW | USAO-1837 | 8/22/01 | "We Owe" form re: Willard Hyman purchase |

- F. 8/24/05 (04-04)
- F. 8/16/05 (04-05)
- F. 8/15/05 (04-06)
- F. 8/15/05 (04-07)
- F. 8/15/05 (04-08)
- F. 8/15/05 (04-09)
- F. 8/15/05 (04-14)
- F. 8/26/05 (04-15)
- F. 8/15/05 (04-16)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 05-01 | MMCA | MMCA-1708 | undated | Credit Application - Andrea Williams |
| 05-01A | MMCA | MMCA-1720-22 | 9/10/01 | Wire transmission data for Andrea Williams purchase |
| 05-02 | MMCA | MMCA-1707 | 8/17/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Andrea Williams |
| 05-03 | MMCA | MMCA-1711 | 9/10/01 | Shoreline Mitsubishi R/O #07028 re: Andrea Williams |
| 05-04 | MMCA | MMCA-1712 | undated | Diamond Advantage Plan Worksheet re: Andrea Williams purchase |
| 05-05 | MMCA | MMCA-1710 | 9/11/01 | Approval re: Andrea Williams purchase |
| 05-06 | SW | USAO-1894 | 9/10/01 | Vehicle Invoice re: Andrea Williams purchase |
| 05-07 | SW | USAO-1913-14 | undated | Draft Retail Purchase Order for Motor Vehicle for Andrea Williams purchase |
| 05-08 | SW | USAO-1895-96 | 9/10/01 | Retail Purchase Order for Motor Vehicle re: Andrea Williams purchase |
| 05-09 | MMCA | MMCA-1723-24 | 9/10/01 | Diamond Advantage Plan Retail Installment Contract re: Andrea Williams purchase |
| 05-10 | SW | USAO-1925 | various | Photocopy of Andrea Williams' CT Department of Social Services ID card and Infinity Insurance Company cards |
| 05-11 | MMCA | MMCA-1713 | 9/10/01 | Photocopy of CT DMV Official Registration for Andrea Williams' purchase (Lancer) |
| 05-12 | SW | USAO-1915 | 9/10/01 | "We Owe" form re: Andrea Williams purchase |

Handwritten annotations in left margin:
F. 8/11/05
F. 8/11/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/11/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 05-13 | MMCA | MMCA-1718 | 9/20/01 | Document containing contract funding notes re: Andrea Williams purchase |
| 05-14 | SW | USAO-1899-1901 | 9/24/01 | Three pages containing photocopies of five blank postal money orders |
| 05-15 | SW | USAO-1926-30 | 9/24/01 | Five Cut-up photocopies of postal money orders made payable to Crescent Bank & Trust with handwritten notations in blue ink |
| 05-16 | SW | USAO-1892-93 | 9/24/01 | Two pages containing photocopies of five postal money orders each made payable to Crescent Bank & Trust |
| 05-17 | MMCA | MMCA-1716-17 | 9/24/01 | Two pages containing photocopies of five postal money orders each made payable to Crescent Bank & Trust (fax line at top from Shoreline Mitsubishi) |
| 05-18 | MMCA | MMCA-1715 | 9/24/01 | Memo from Angie Moya to Credit Dept |
| 05-19 | USPS | USPS-0001-05 | 9/24/01 | Images of five postal money orders made payable to Shoreline Mitsubishi from Sangita Patel |
| 05-20 | SW | USAO-2047-48 | 9/18/01 | Draft retail purchase order for vehicle re: Sangita Patel transaction |
| 05-21 | SW | USAO-2046 | 9/18/01 | Carbon copy of Shoreline Mitsubishi cash receipt ($2000) re: Sangita Patel transaction |
| 05-22 | CBT | CBT-001-04 | 8/2/05 | Crescent Bank & Trust (CBT) electronic record of the payment history of a loan made by CBT to Andrea Williams |
| 06-01 | MMCA | MMCA-471 | undated | Credit Application - Michelle Perry |

F. 8/11/05
F 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/11/05
F. 8/11/05
F. 8/12/05
F. 8/12/05
F.8/15/05
F. 8/19/05

10

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 06-01A | MMCA | MMCA-1405-07 | 6/5/01 | Wire transmission data for Michelle Perry purchase |
| 06-02 | MMCA | MMCA-470 | 7/31/00 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Michelle Perry |
| 06-03 | MMCA | MMCA-476 | 6/5/01 | Shoreline Mitsubishi R/O #07028 re: Michelle Perry |
| 06-04 | MMCA | MMCA-473-74 | undated | Diamond Advantage Plan Worksheet Michelle Perry |
| 06-05 | MMCA | MMCA-475 | 6/5/01 | Approval re: Michelle Perry purchase |
| 06-06 | SW | USAO-336 | 6/5/01 | Vehicle Invoice re: Michelle Perry purchase |
| 06-07 | SW | USAO-337 | 6/5/01 | Retail Purchase Order for Motor Vehicle re: Michelle Perry purchase |
| 06-08 | MMCA | MMCA-466-69 | 6/5/01 | Diamond Advantage Plan Retail Installment Contract re: Michelle Perry purchase |
| 06-09 | MMCA | MMCA-481-82 | 6/5/01 | Extended Service Agreement re: Michelle Perry purchase |
| 06-10 | MMCA | MMCA-478 | 6/5/01 | Odometer Disclosure Statement re: Michelle Perry purchase |
| 06-11 | SW | USAO-346 | undated | Photocopy of Michelle Perry's Florida driver's license |
| 06-12 | MMCA | MMCA-479 | 6/5/01 | Photocopy of CT DMV Official Registration for Michelle Perry purchase |
| 06-13 | SW | USAO-360 | 6/5/01 | "We Owe" form re: Michelle Perry purchase |
| 06-14 | MMCA | MMCA-487 | 7/2/01 | Retail Commodity Verification Form re: Michelle Perry purchase |
| 06-15 | MMCA | MMCA-484 | 12/24/01 | Retail Commodity Verification Violation Notice re: Michelle Perry purchase |

F. 8/11/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F 8/24/05
F. 8/11/05
F. 8/11/05

11

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 06-16 | MMCA | MMCA-500 | 7/14/03 | Notice of plan to sell property |
|  |  |  |  |  |
| 07-01 | MMCA | MMCA-409 | 7/30/01 | Credit Application - Kelly Matthews/ Michael Mauriello |
| 07-01A | MMCA | MMCA-1408-09 | 7/28/01 | Wire transmission data for Kelly Matthews/Michael Mauriello purchase |
| 07-02 | MMCA | MMCA-408 | 3/16/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Kelly Matthews |
| 07-03 | MMCA | MMCA-410-11 | undated | Diamond Advantage Plan Worksheet re: Kelly Matthews and Michael Mauriello |
| 07-04 | MMCA | MMCA-412 | 7/28/01 | Approval re: Kelly Matthews/ Michael Mauriello purchase |
| 07-05 | MMCA | MMCA-414 | 7/30/01 | Notice to co-signer re: Michael Mauriello |
| 07-06 | SW | USAO-1631 | 7/30/01 | Vehicle Invoice re: Kelly Matthews/Michael Mauriello purchase |
| 07-07 | SW | USAO-1661-63 | 7/28/01 | Draft Retail Purchase Order for Kelly Matthews/Michael Mauriello purchase |
| 07-08 | SW | USAO-1629-30 | 7/28/01 | Retail Purchase Order for Motor Vehicle re: Kelly Matthews/ Michael Mauriello purchase |
| 07-09 | MMCA | MMCA-382-85 | 7/30/01 | Diamond Advantage Plan Retail Installment Contract re: Kelly Matthews/Michael Mauriello purchase |
| 07-10 | MMCA | MMCA-380-81 | 7/30/01 | Extended Service Agreement re: Kelly Matthews/Michael Mauriello purchase |

Handwritten annotations in left margin:
F 8/24/05
F. 8/11/05
F. 8/11/05
F. 8/15/05
F. 8/26/05
F. 8/26/05
F. 8/15/05
F 8/15/05
F. 8/15/05
F. 8/15/05
F. 8/15/05
F. 8/26/05

12

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 07-11 | SW | USAO-1643 | undated | Photocopies of Kelly Matthews and Michael Mauriello CT driver's licenses |
| 07-12 | MMCA | MMCA-416 | 7/30/01 | Photocopy of CT DMV Official Registration for Kelly Matthews purchase |
| 07-13 | SW | USAO-1644 | 7/28/01 | "We Owe" form re: Kelly Matthews purchase |
| 07-14 | SW | USAO-1646 | 7/30/01 | "We Owe" form re: Kelly Matthews purchase |
| 07-15 | MMCA | MMCA-394-95 | 4/4/02 | Notice of intent to dispose of repossessed or surrendered motor vehicle |
| 07-16 | MMCA | MMCA-396 | 4/4/02 | Notice of our plan to sell property |
| 08-01 | MMCA | MMCA-1850 | undated | Credit Application - Richard Harrell (Daybreak version) |
| 08-01A | MMCA | MMCA-1696-98 | 10/29/01 | Wire transmission data for Richard Harrell purchase |
| 08-02 | SW | USAO-1807-08 | 11/3/01 | Credit Application - Richard Harrell (handwritten version) |
| 08-03 | MMCA | MMCA-1849 | 10/25/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Richard Harrell |
| 08-04 | MMCA | MMCA-1852 | 11/3/01 | Shoreline Mitsubishi R/O #07028 re: Richard Harrell |
| 08-05 | MMCA | MMCA-1853 | undated | Diamond Advantage Plan worksheet re: Richard Harrell purchase |
| 08-06 | MMCA | MMCA-1851 | 11/5/01 | Approval re: Richard Harrell purchase |
| 08-07 | SW | USAO-1790 | 11/3/01 | Vehicle Invoice re: Richard Harrell purchase |

Handwritten annotations in left margin:
F. 8/15/05
F. 8/15/05
F. 8/15/05
F. 8/16/05
F. 8/15/05
F. 8/15/05
F. 8/22/05
F. 8/11/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 08-08 | SW | USAO-1804-05 | 11/3/01 | Draft Retail Purchase Order for Motor Vehicle re: Richard Harrell purchase |
| 08-09 | SW | USAO-1791-92 | 11/3/01 | Retail Purchase Order for Motor Vehicle re: Richard Harrell purchase |
| 08-10 | SW | USAO-1806 | 11/3 | Consumer Repayment Options diagram re: Richard Harrell purchase |
| 08-11 | MMCA | MMCA-1699-1700 | 11/3/01 | Diamond Advantage Plan Retail Installment Contract re: Richard Harrell purchase |
| 08-12 | MMCA | MMCA-1834 | 11/3/01 | Certificate of Insurance re: Richard Harrell purchase |
| 08-13 | SW | USAO-1809 | undated | Photocopy of Richard Harrell's CT driver's license |
| 08-14 | MMCA | MMCA-1854 | 11/3/01 | Photocopy of CT DMV Official Registration for Richard Harrell purchase |
| 08-15 | SW | USAO-1810 | 11/3/01 | "We Owe" form re: Richard Harrell purchase |
| 08-16 | MMCA | MMCA-1837 | 12/9/02 | Letter from Richard Harrell to MMCA re: cancellation of disability insurance |
| 08-17 | MMCA | MMCA-1836 | 12/13/02 | Letter from MMCA to Richard Harrell re: cancellation of disability insurance |
| 08-18 | MMCA | MMCA-1842 | 2/5/04 | Notice of Intent to Dispose of Repossessed or Surrendered Motor Vehicle |
| 08-19 | MMCA | MMCA-1843-44 | 2/5/04 | Notice of plan to sell property |
| | | | | |
| 09-01 | MMCA | MMCA 1860 | undated | Credit Application -Mary J. Best |

14

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

F. 8/11/05

F. 8/26/05

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 09-01A | MMCA | MMCA-1876-78 | 3/12/02 | Wire transmission data for Mary J. Best purchase |
| 09-02 F 8/18/05 | MMCA | MMCA-1858 | 1/25/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Mary J. Best |
| 09-03 F 8/18/05 | MMCA | MMCA-1863 | 3/12/02 | Shoreline Mitsubishi R/O #07028 re: Mary J. Best |
| 09-04 F 8/18/05 | MMCA | MMCA-1859 | undated | Diamond Option Plan Worksheet re: Mary J. Best |
| 09-05 | MMCA | MMCA-1861 | 3/13/02 | Approval re: Mary J. Best purchase |
| 09-06 F 8/18/05 | SW | USAO-1855 | 3/12/02 | Vehicle Invoice re: Mary J. Best purchase |
| 09-07 F 8/18/05 | SW | USAO-1875-76 | undated | Draft Retail Purchase Order for Motor Vehicle re: Mary J. Best purchase |
| 09-08 F 8/18/05 | SW | USAO-1856-57 | 3/12/02 | Retail Purchase Order for Motor Vehicle re: Mary J. Best purchase |
| 09-09 F 8/18/05 | MMCA | MMCA-1879-80 | 3/12/02 | Diamond Option Plan Retail Installment Contract re: Mary J. Best purchase |
| 09-10 F 8/18/05 | MMCA | MMCA-1862 | 3/12/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Mary J. Best purchase |
| 09-11 F 8/18/05 | MMCA | MMCA-1866 | 3/12/02 | Certificate of Insurance re: Mary J. Best purchase |
| 09-12 F 8/18/05 | MMCA | MMCA-1868-71 | 3/12/02 | Extended Service Agreement re: Mary J. Best purchase |
| 09-13 | SW | USAO-1887 | undated | Photocopy of Mary J. Best's Connecticut driver's license |
| 09-14 F 8/18/05 | SW | USAO-1879 | 3/12/02 | Carbon copy of Shoreline Mitsubishi receipt for $1800 re: Mary J. Best |

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 09-15 *F 8/13/05* | SW | USAO-1878 | 3/12/02 | Carbon copy of Shoreline Mitsubishi receipt for $200 re: Mary J. Best |
| 09-16 *F 8/18/05* | MMCA | MMCA-1865 | 3/12/02 | Photocopy of CT DMV Official Registration for Mary J. Best purchase |
| | | | | |
| 10-01 *F. 8/22/05* | MMCA | MMCA-1022 | 9/18/01 | Credit Application - Gwendolyn Morgan/Lisa Browdy |
| 10-01A *F. 8/11/05* | MMCA | MMCA-1418-19 | 9/17/01 | Wire transmission data for Gwendolyn Morgan/Lisa Browdy purchase |
| 10-02 *F. 8/23/05* | MMCA | MMCA-1029 | 8/23/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Gwendolyn Morgan/Lisa Browdy |
| 10-03 *F. 8/23/05* | MMCA | MMCA-1032 | 9/18/01 | Shoreline Mitsubishi R/O #07028 re: Gwendolyn Morgan |
| 10-04 *F. 8/23/05* | MMCA | MMCA-1030-31 | undated | Diamond Advantage Plan Worksheet re: Gwendolyn Morgan/Lisa Browdy purchase |
| 10-05 *F. 8/23/05* | MMCA | MMCA-1033 | 9/17/01 | Approval re: Gwendolyn Morgan/ Lisa Browdy purchase |
| 10-06 *F. 8/23/05* | MMCA | MMCA-1034 | 9/18/01 | Notice to co-signer re: Lisa Browdy |
| 10-07 *F. 8/22/05* | SW | USAO-1500 | 9/18/01 | Consumer Repayment Options form re: Gwendolyn Morgan purchase |
| 10-08 *F. 8/23/05* | SW | USAO-1477 | 9/18/01 | Vehicle Invoice re: Gwendolyn Morgan/Lisa Browdy purchase |
| 10-09 *F. 8/22/05* | SW | USAO-1490-91 | 9/18/01 | Draft Retail Purchase Order for Motor Vehicle for Gwendolyn Morgan/Lisa Browdy purchase |

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 10-10 | SW | USAO-1478-79 | 9/18/01 | Retail Purchase Order for Motor Vehicle re: Gwendolyn Morgan/Lisa Browdy purchase |
| 10-11 | MMCA | MMCA-1025-28 | 9/18/01 | Diamond Advantage Plan Retail Installment Contract re: Gwendolyn Morgan/Lisa Browdy purchase |
| 10-12 | MMCA | MMCA-1036-37 | 9/18/01 | Extended Service Agreement re: Gwendolyn Morgan purchase |
| 10-13 | MMCA | MMCA-1035 | 9/18/01 | Certificate of Insurance re: Gwendolyn Morgan purchase |
| 10-14 | SW | USAO-1501 | undated | Photocopy of Gwendolyn Morgan's and Lisa Browdy's Connecticut driver's licenses |
| 10-15 | MMCA | MMCA-1039 | 9/18/01 | Photocopy of CT DMV Official Registration for Gwendolyn Morgan purchase |
| 10-16 | SW | USAO-1504 | 9/18/01 | "We Owe" form re: Gwendolyn Morgan/Lisa Browdy purchase |
| 11-01 | MMCA | MMCA-1050 | undated | Credit Application - Albert Richard/ Angela Richard |
| 11-01A | MMCA | MMCA-1425-27 | 9/22/01 | Wire transmission data for Albert Richard/Angela Richard purchase |
| 11-02 | MMCA | MMCA-1051 | 6/13/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Albert and Angela Richard |
| 11-03 | MMCA | MMCA-1048-49 | undated | Diamond Advantage Plan Worksheet re: Albert Richard/Angela Richard purchase |
| 11-04 | MMCA | MMCA-1052 | 9/24/01 | Approval re: Albert Richard/Angela Richard purchase |
| 11-05 | MMCA | MMCA-1053 | 9/24/01 | Notice to co-signer re: Angela Richard |

Handwritten annotations in left margin:
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/24/05
F. 8/11/05
F. 8/24/05
F. 8/24/05
F. 8/24/05
F. 8/24/05

17

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 11-06 | SW | USAO-290 | 9/24/01 | Vehicle Invoice re: Albert Richard/ Angela Richard purchase |
| 11-07 | SW | USAO-292-93 | 9/22/01 | Draft Retail Purchase Order for Motor Vehicle for Albert Richard/Angela Richard purchase |
| 11-08 | SW | USAO-288-89 | 9/24/01 | Retail Purchase Order for Motor Vehicle re: Albert Richard/ Angela Richard purchase |
| 11-09 | MMCA | MMCA-1044-47 | 9/24/01 | Diamond Advantage Plan Retail Installment Contract re: Albert & Angela Richard purchase |
| 11-10 | SW | USAO-334 | 9/24/01 | Extended Service Agreement re: Albert & Angela Richard purchase |
| 11-11 | MMCA | MMCA-1056 | 9/24/01 | Certificate of Insurance re: Albert Richard purchase |
| 11-12 | SW | USAO-303 | undated | Photocopy of Albert Richard's CT driver's license |
| 11-13 | SW | USAO-304 | undated | Photocopy of Angela Richard's CT driver's license |
| 11-14 | SW | USAO-300 | 9/22/01 | Carbon copy of Shoreline Mitsubishi cash receipt for $300 re: Albert Richard |
| 11-15 | SW | USAO-299 | 9/24/01 | Carbon copy of Shoreline Mitsubishi cash receipt for $2200 re: Albert Richard |
| 11-16 | MMCA | MMCA-1057 | 9/24/01 | Photocopy of CT DMV Official Registration for Angela Richard purchase |
| 11-17 | SW | USAO-302 | 9/24/01 | "We Owe" form re: Albert Richard/ Angela Richard purchase |
|  |  |  |  |  |
| 12-01 | MMCA | MMCA-1104 | 9/24/01 | Credit Application - Angela Richard/ Theresa Nayagam |
| 12-01A | MMCA | MMCA-1428-30 | 9/24/01 | Wire transmission data for Angela Richard/Theresa Nayagam purchase |

Handwritten annotations in left margin:
F. 8/24/05 (rows 11-06 through 11-17)
F. 8/11/05 (rows 12-01 and 12-01A)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 12-02 | MMCA | MMCA-1103 | 9/6/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Angela Richard and Theresa Nayagam |
| 12-03 | MMCA | MMCA-1100-01 | undated | Diamond Advantage Plan Worksheet re: Angela Richard/Theresa Nayagam purchase |
| 12-04 | MMCA | MMCA-1105 | 9/25/01 | Approval re: Angela Richard/Theresa Nayagam purchase |
| 12-05 | MMCA | MMCA-1102 | 9/24/01 | Notice to co-signer re: Theresa Nayagam |
| 12-06 | SW | USAO-1025 | 9/24/01 | Vehicle Invoice re: Angela Richard/ Theresa Nayagam purchase |
| 12-07 | SW | USAO-1019-20 | 9/24/01 | Draft Retail Purchase Order for Motor Vehicle for Angela Richard/ Theresa Nayagam purchase |
| 12-08 | SW | USAO-1030-31 | 9/24/01 | Retail Purchase Order for Motor Vehicle re: Angela Richard/ Theresa Nayagam purchase |
| 12-09 | MMCA | MMCA-1096-99 | 9/24/01 | Diamond Advantage Plan Retail Installment Contract re: Angela Richard/Theresa Nayagam purchase |
| 12-10 | MMCA | MMCA-1109-10 | 9/24/01 | Extended Service Agreement re: Angela Richard purchase |
| 12-11 | SW | USAO-1035 | undated | Photocopy of Theresa Nayagam's CT driver's license |
| 12-12 | MMCA | MMCA-1106 | 9/24/01 | Photocopy of CT DMV Official Registration for Angela Richard/Theresa Nayagam purchase |
| 12-13 | SW | USAO-1038 | 9/24/01 | "We Owe" form re: Angela Richard/ Theresa Nayagam purchase |

F. 8/12/05
F. 8/24/05
F. 8/24/05
F. 8/24/05
F. 8/12/05
F. 8/24/05
F. 8/12/05
F. 8/24/05
F. 8/24/05
F. 8/24/05
F. 8/24/05
F. 8/24/05

## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 12-14 | SW | USAO-1055A | undated | Carbon copy of Shoreline Mitsubishi cash receipt for $4000 re: Angela Richard |
| 13-01 | MMCA | MMCA-679 | undated | Credit Application - Michael Vaught/Frances Vaught |
| 13-01A | MMCA | MMCA-1437-39 | 10/27/01 | Wire transmission data for Michael Vaught/Frances Vaught purchase |
| 13-02 | MMCA | MMCA-678 | 9/11/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Michael Vaught |
| 13-03 | MMCA | MMCA-682 | 10/30/01 | Shoreline Mitsubishi R/O #07028 re: Michael Vaught |
| 13-04 | MMCA | MMCA-683-84 | undated | Diamond Advantage Plan Worksheet re: Michael Vaught/Frances Vaught purchase |
| 13-05 | MMCA | MMCA-681 | 11/1/01 | Approval re: Michael Vaught/Frances Vaught purchase |
| 13-06 | MMCA | MMCA-680 | 10/31/01 | Notice to co-signer re: Frances Vaught |
| 13-07 | SW | USAO-944 | 10/30/01 | Vehicle Invoice re: Michael Vaught/Frances Vaught purchase |
| 13-08 | SW | USAO-950-51 | undated | Draft Retail Purchase Order for Motor Vehicle for Michael Vaught purchase |
| 13-09 | SW | USAO-941-42 | 10/30/01 | Retail Purchase Order for Motor Vehicle re: Michael Vaught/Frances Vaught purchase |
| 13-10 | MMCA | MMCA-674-77 | 10/30/01 | Diamond Advantage Plan Retail Installment Contract re: Michael Vaught/Frances Vaught purchase |
| 13-11 | SW | USAO-952 | undated | Photocopy of Michael Vaught's CT driver's license |

Handwritten annotations in left margin:
- F. 8/24/05 (re: 12-14)
- F. 8/5/05 (re: 13-01)
- F. 8/11/05 (re: 13-01A)
- F. 8/15/05 (re: 13-02)
- F. 8/15/05 (re: 13-03)
- F. 8/26/05 (re: 13-04)
- F. 8/26/05 (re: 13-05)
- F. 8/26/05 (re: 13-06)
- F. 8/16/05 (re: 13-07)
- F. 8/15/05 (re: 13-08)
- F. 8/15/05 (re: 13-09)
- F. 8/15/05 (re: 13-10)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 13-12 | SW | USAO-954 | undated | Photocopy of Frances Vaught's (Diggs) CT driver's license |
| 13-13 | MMCA | MMCA-686 | 10/30/01 | Photocopy of CT DMV Official Registration for Frances Vaught purchase |
| 13-14 | SW | USAO-955 | 10/30/01 | "We Owe" form re: Michael Vaught/Frances Vaught purchase |
|  |  |  |  |  |
| 14-01 | MMCA | MMCA-1764 | undated | Credit Application - Lisa Eng (Daybreak version) |
| 14-01A | MMCA | MMCA-1772-74 | 5/16/02 | Wire transmission data for Lisa Eng purchase |
| 14-02 | SW | USAO-1770 | undated | Credit Application - Lisa Eng (handwritten) |
| 14-03 | SW | USAO-1771 | 5/16/02 | Shoreline Mitsubishi welcome sheet re: Lisa Eng |
| 14-04 | MMCA | MMCA-1762 | 4/15/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Lisa Eng |
| 14-05 | MMCA | MMCA-1767 | undated | Diamond Option Plan Worksheet re: Lisa Eng purchase |
| 14-06 | MMCA | MMCA-1765 | 5/17/02 | Approval re: Lisa Eng purchase |
| 14-07 | SW | USAO-1744 | 5/16/02 | Vehicle Invoice re: Lisa Eng purchase |
| 14-08 | SW | USAO-1772 | undated | "Great News" sheet re: Lisa Eng purchase |
| 14-09 | SW | USAO-1767-68 | 5/16/02 | Draft Retail Purchase Order for Motor Vehicle for Lisa Eng purchase |
| 14-10 | SW | USAO-1745-46 | 5/16/02 | Retail Purchase Order for Motor Vehicle re: Lisa Eng purchase |

Handwritten annotations in left margin:
- F. 8/26/05 (re: 13-13)
- F. 8/15/05 (re: 13-14)
- F. 8/22/05 (re: 14-01)
- F. 8/11/05 (re: 14-01A)
- F. 8/22/05 (re: 14-02)
- F. 5/22/05 (re: 14-03)
- F. 8/22/05 (re: 14-04)
- F. 8/22/05 (re: 14-05)
- F. 8/22/05 (re: 14-06)
- F. 8/22/05 (re: 14-07)
- F. 8/19/05 (re: 14-08)
- F. 8/22/05 (re: 14-09)
- F. 8/22/05 (re: 14-10)

21

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 14-11 | MMCA | MMCA-1775-76 | 5/16/02 | Diamond Option Plan Retail Installment Contract re: Lisa Eng purchase |
| 14-12 | MMCA | MMCA-1766 | undated | Diamond Option Plan Customer Acknowledgment Receipt re: Lisa Eng purchase |
| 14-13 | MMCA | MMCA-1770-71 | 5/16/02 | New Vehicle Extended Service Agreement re: Lisa Eng |
| 14-14 | SW | USAO-1761 | undated | Worksheet re: trade-in for Lisa Eng purchase |
| 14-15 | SW | USAO-1765 | 5/16/02 | Carbon copy of Shoreline Mitsubishi receipt for $5000 re: Lisa Eng |
| 14-16 | SW | USAO-1779 | undated | Photocopy of Lisa Eng's CT driver's license |
| 14-17 | SW | USAO-1784 | 5/16/02 | Photocopy of CT DMV Official Registration for Lisa Eng purchase |
| 14-18 | SW | USAO-1766 | 5/16/02 | "We Owe" form re: Lisa Eng purchase |
| 15-01 | MMCA | MMCA-827 | undated | Credit Application - Pamela Bozzuto/ Marie Bozzuto |
| 15-01A | MMCA | MMCA-1443-45 | 11/27/01 | Wire transmission data for Pamela Bozzuto/Maria Bozzuto purchase |
| 15-02 | MMCA | MMCA-830 | 10/25/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Pamela Bozzuto/ Marie Bozzuto |
| 15-03 | MMCA | MMCA-832 | 11/27/01 | Shoreline Mitsubishi R/O #07028 re: Pamela Bozzuto |
| 15-04 | MMCA | MMCA-833-34 | undated | Diamond Advantage Plan Worksheet Pamela Bozzuto/ Marie Bozzuto |
| 15-05 | MMCA | MMCA-831 | 11/27/01 | Approval re: Pamela Bozzuto/Marie Bozzuto purchase |

F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/22/05

F. 8/12/05
F. 8/11/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 15-06 | SW | USAO-839 | 11/27/01 | Consumer Repayment Options diagram re: Pamela Bozzuto purchase |
| 15-07 | MMCA | MMCA-835 | undated | Notice to co-signer re: Marie Bozzuto |
| 15-08 | SW | USAO-809 | 11/27/01 | Vehicle Invoice re: Pamela Bozzuto/ Marie Bozzuto purchase |
| 15-09 | SW | USAO-810-11 | undated | Draft Retail Purchase Order for Motor Vehicle for Pamela Bozzuto purchase |
| 15-10 | SW | USAO-812-13 | 11/27/01 | Retail Purchase Order for Motor Vehicle re: Pamela Bozzuto purchase |
| 15-11 | MMCA | MMCA-805-08 | 11/27/01 | Diamond Advantage Plan Retail Installment Contract re: Pamela Bozzuto/Marie Bozzuto purchase |
| 15-12 | MMCA | MMCA-803-04 | 11/27/01 | Extended Service Agreement re: Pamela Bozzuto purchase |
| 15-13 | SW | USAO-823 | undated | Photocopy of Pamela Bozzuto's Connecticut driver's license |
| 15-14 | MMCA | MMCA-837 | 11/27/01 | Photocopy of CT DMV Official Registration for Pamela Bozzuto purchase |
| 15-15 | SW | USAO-824 | 11/27/01 | "We Owe" form re: Pamela Bozzuto purchase |
| 15-16 | MMCA | MMCA-817-18 | 12/10/02 | Notice of Intent to Dispose of Repossessed or Surrendered Motor Vehicle |
| 15-17 | MMCA | MMCA-819 | 12/10/02 | Notice of plan to sell property |
| 16-01 | MMCA | MMCA-1251 | 12/11/01 | Credit Application - Israel Truth South/Tania Mollison |
| 16-01A | MMCA | MMCA-1446-48 | 12/11/01 | Wire transmission data for Israel Truth South/Tania Mollison purchase |

F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/25/05
F. 8/25/05
F. 8/16/05
F. 8/11/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 16-02 | MMCA | MMCA-1254 | 11/9/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Israel Truth South/Tania Mollison |
| 16-03 | MMCA | MMCA-1258-59 | undated | Diamond Advantage Plan Worksheet re: Israel Truth South/Tania Mollison |
| 16-04 | MMCA | MMCA-1260 | 12/15/01 | Approval re: Israel Truth South/ Tania Mollison purchase |
| 16-05 | MMCA | MMCA-1255 | 12/11/01 | Notice to co-signer re: Tania Mollison |
| 16-06 | SW | USAO-92 | 12/11/01 | Vehicle Invoice re: Israel Truth South/Tania Mollison purchase |
| 16-07 | SW | USAO-96-97 | 12/11/01 | Draft Retail Purchase Order for Motor Vehicle for Israel Truth South purchase |
| 16-08 | SW | USAO-118-19 | 12/11/01 | Retail Purchase Order for Motor Vehicle re: Israel Truth South/Tania Mollison purchase |
| 16-09 | MMCA | MMCA-1247-50 | 12/11/01 | Diamond Advantage Plan Retail Installment Contract re: Israel Truth South/Tania Mollison purchase |
| 16-10 | MMCA | MMCA-1252-53 | 12/11/01 | Extended Service Agreement re: Israel Truth South purchase |
| 16-11 | SW | USAO-107 | undated | Photocopy of Israel Truth South's and Tania Mollison's Connecticut driver's licenses |
| 16-12 | MMCA | MMCA-1256 | 12/11/01 | Photocopy of CT DMV Official Registration for Israel Truth South purchase |
| 16-13 | SW | USAO-98 | 12/11/01 | "We Owe" form re: Israel Truth South purchase |
| 16-14 | MMCA | MMCA-1235-36 | 1/6/04 | Notice of Intent to Dispose of Repossessed or Surrendered Motor Vehicle |

24

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 16-15 | MMCA | MMCA-1237 | 1/6/04 | Notice of plan to sell property |
| 16-16 | TM | TM-001-003 | 3/1/05 | Correspondence to Tania Mollison from USCB, Inc. |
| | | | | |
| 17-01 | MMCA | MMCA-1160 | 1/12/01 (wrong year) | Credit Application - Rosa Santana/Maria Agosto |
| 17-01A | MMCA | MMCA-1451-53 | 1/12/02 | Wire transmission data for Rosa Santana/Maria Agosto purchase |
| 17-02 | MMCA | MMCA-1159 | 10/26/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Rosa Santana/Maria Agosto |
| 17-03 | MMCA | MMCA-1169 | 1/12/02 | Shoreline Mitsubishi R/O #07028 re: Rosa Santana purchase |
| 17-04 | MMCA | MMCA-1161-62 | undated | Diamond Option Plan Worksheet re: Rosa Santana/Maria Agosto purchase |
| 17-05 | MMCA | MMCA-1163 | 1/16/02 | Approval re: Rosa Santana/Maria Agosto purchase |
| 17-06 | MMCA | MMCA-1164 | 1/12/01 (wrong year) | Notice to co-signer re: Maria Agosto |
| 17-07 | MMCA | MMCA-1165 | undated | Diamond Option Plan Customer Acknowledgment Receipt re: Rosa Santana/Maria Agosto |
| 17-08 | SW | USAO-211 | 1/12/02 | Vehicle Invoice re: Rosa Santana/Maria Agosto purchase |
| 17-09 | SW | USAO-246-47 | 1/12/02 | Draft Retail Purchase Order for Motor Vehicle for Rosa Santana purchase |

F. 8/18/05

F 8/18/05

F 8/18/05

F. 8/11/05

F 8/18/05

F 8/18/05

F 8/18/05

F. 8/24/05

F 8/18/05

F 8/18/05

F 8/18/05

F 8/18/05

25

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 17-10 _f 8/18/05_ | SW | USAO-213-14 | 1/12/02 | Retail Purchase Order for Motor Vehicle re: Rosa Santana/Maria Agosto purchase |
| 17-11 _f 8/18/05_ | MMCA | MMCA-1155-58 | 1/12/02 | Diamond Advantage Plan Retail Installment Contract re: Rosa Santana/Maria Agosto purchase |
| 17-12 | MMCA | MMCA-1135-36 | 1/12/02 | Extended Service Agreement re: Rosa Santana purchase |
| 17-13 | SW | USAO-242 | undated | Photocopy of Rosa Santana's CT driver's license |
| 17-14 | SW | USAO-241 | undated | Photocopy of Maria Agosto's CT driver's license |
| 17-15 _f 8/18/05_ | MMCA | MMCA-1167 | 1/12/02 | Photocopy of CT DMV Official Registration for Rosa Santana purchase |
| 17-16 _f 8/18/05_ | SW | USAO-244 | 1/12/02 | "We Owe" form re: Rosa Santana purchase |
| 17-17 _f 8/18/05_ | MMCA | MMCA-1142-43 | 8/6/02 | Notice of Intent to Dispose of Repossessed or Surrendered Motor Vehicle |
| 17-18 _f 8/18/05_ | MMCA | MMCA-1144 | 8/6/02 | Notice of plan to sell property |
| 18-01 | MMCA | MMCA-847 | 1/3/02 | Credit Application - Danielle Fowler/Ana Burgos |
| 18-01A | MMCA | MMCA-1449-50 | 1/11/02 | Wire transmission data for Danielle Fowler/Ana Burgos purchase |
| 18-02 | MMCA | MMCA-846 | 11/30/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Danielle Fowler/Ana Burgos |
| 18-03 | MMCA | MMCA-848-49 | undated | Diamond Option Plan Worksheet re: Danielle Fowler/Ana Burgos purchase |

Handwritten annotations in left margin:
- F. 8/26/05 (next to 17-12)
- F. 8/11/05 (next to 18-01)
- F. 8/11/05 (next to 18-01A)
- F. 8/15/05 (next to 18-02)
- F. 8/15/05 (next to 18-03)

26

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ* et al.**
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 18-04 | MMCA | MMCA-853-54 | 12/29/01 | Credit Report for Ana Burgos |
| 18-05 | MMCA | MMCA-855 | date obscured | AutoExpress Approval re: Danielle Fowler/Ana Burgos purchase |
| 18-06 | MMCA | MMCA-850 | undated | Notice to co-signer re: Ana Burgos |
| 18-07 | SW | USAO-1445 | 1/2/02 | Vehicle Invoice re: Danielle Fowler/Ana Burgos purchase |
| 18-08 | SW | USAO-1447-48 | 1/3/01 (wrong year) | Draft Retail Purchase Order for Motor Vehicle for Danielle Fowler purchase |
| 18-09 | SW | USAO-1450 | 1/2/02 | Retail Purchase Order for Motor Vehicle re: Danielle Fowler/Ana Burgos purchase |
| 18-10 | MMCA | MMCA-842-45 | 1/2/02 | Diamond Advantage Plan Retail Installment Contract re: Danielle Fowler/Ana Burgos purchase |
| 18-11 | MMCA | MMCA-856-57 | 1/2/02 | Extended Service Agreement re: Danielle Fowler purchase |
| 18-12 | SW | USAO-1460 | undated | Photocopy of Danielle Fowler's CT driver's license |
| 18-13 | SW | USAO-1462 | undated | Photocopy of Ana Burgos' CT driver's license |
| 18-14 | MMCA | MMCA-852 | 01/02/02 | Photocopy of CT DMV Official Registration for Danielle Fowler purchase |
| 18-15 | SW | USAO-1464 | 1/2/02 | "We Owe" form re: Danielle Fowler purchase |
| 19-01 | MMCA | MMCA-972 | undated | Credit Application - Bienvenido Montalvo/Carmen Montalvo |
| 19-01A | MMCA | MMCA-1456-57 | 1/31/02 | Wire transmission data for Bienvenido Montalvo/Carmen Montalvo purchase |

Handwritten annotations in left margin:
F. 8/11/05 (18-04)
F. 8/11/05 (18-05)
F. 8/15/05 (18-06)
F. 8/15/05 (18-07)
F. 8/15/05 (18-08)
F. 8/15/05 (18-09)
F. 8/11/05 (18-10)
F. 8/16/05 (18-12)
F. 8/15/05 (18-13)
F. 8/24/05 (18-14)
F. 8/15/05 (19-01)
F. 8/11/05 (19-01A)