## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
## Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 19-02 | MMCA | MMCA-971 | 12/26/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Bienvenido and Carmen Montalvo |
| 19-03 | MMCA | MMCA-977 | 1/31/02 | Shoreline Mitsubishi R/O #07028 re: Bienvenido Montalvo purchase |
| 19-04 | MMCA | MMCA-976 | undated | Diamond Option Plan Worksheet re: Bienvenido Montalvo purchase |
| 19-05 | MMCA | MMCA-974 | 1/31/02 | Approval re: Bienvenido Montalvo/ Carmen Montalvo purchase |
| 19-06 | MMCA | MMCA-970 | undated | Notice to Co-Signer re: Carmen Montalvo |
| 19-07 | SW | USAO-772 | 1/31/02 | Vehicle Invoice re: Bienvenido Montalvo/Carmen Montalvo purchase |
| 19-08 | SW | USAO-775-76 | 1/31/02 | Draft Retail Purchase Order for Motor Vehicle for Bienvenido Montalvo/Carmen Montalvo purchase |
| 19-09 | SW | USAO-777-78 | 1/31/02 | Retail Purchase Order for Motor Vehicle for Bienvenido Montalvo/Carmen Montalvo purchase |
| 19-10 | MMCA | MMCA-955-56 | 1/31/02 | Diamond Advantage Plan Retail Installment Contract re: Bienvenido & Carmen Montalvo purchase |
| 19-11 | MMCA | MMCA-960 | 1/31/02 | Extended Service Agreement re: Bienvenido Montalvo purchase |
| 19-12 | MMCA | MMCA-975 | 1/31/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Bienvenido & Carmen Montalvo purchase |

F. 8/15/05 (handwritten annotations in left margin)

28

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 19-13 | SW | USAO-791 | undated | Photocopy of Bienvenido Montalvo's Connecticut driver's license |
| 19-14 | SW | USAO-790 | undated | Photocopy of Carmen Montalvo's Connecticut driver's license |
| 19-15 | SW | USAO-793 | 2-2-01 | Shoreline Mitsubishi cash receipt re: Carmen Montalvo ($500) |
| 19-16 | MMCA | MMCA-973 | 1/31/02 | Photocopy of CT DMV Official Registration for Bienvenido Montalvo purchase |
| 19-17 | SW | USAO-795 | 1/31/02 | "We Owe" form re: Bienvenido Montalvo purchase |
| 20-01 | MMCA | MMCA-111 | 4/16/02 | Credit Application - Juanita Binns |
| 20-01A | MMCA | MMCA-1467-68 | 4/16/02 | Wire transmission data for Juanita Binns purchase |
| 20-02 | SW | USAO-893 | undated | Handwritten credit application for Juanita Binns |
| 20-03 | SW | USAO-898 | 3/14/02 | Earnings statement for Juanita Binns, pay date 3/14/02 |
| 20-04 | SW | USAO-897 | 3/28/02 | Earnings statement for Juanita Binns, pay date 3/28/02 |
| 20-05 | MMCA | MMCA-110 | 4/4/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Juanita Binns |
| 20-06 | MMCA | MMCA-115 | 4/16/02 | Shoreline Mitsubishi R/O #07028 re: Juanita Binns purchase |
| 20-07 | MMCA | MMCA-114 | undated | Diamond Option Plan Worksheet re: Juanita Binns purchase |
| 20-08 | MMCA | MMCA-112 | 4/16/02 | Approval re: Juanita Binns purchase |

Handwritten annotations in left margin:
F. 8/15/05 (rows 19-13 through 19-17)
F. 8/16/05 (row 20-01)
F. 8/11/05 (row 20-01A)
F. 8/16/05 (rows 20-02, 20-03, 20-05, 20-06, 20-07, 20-08)

29

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 20-09 | SW | USAO-900 | 4/16/02 | Vehicle Invoice re: Juanita Binns purchase |
| 20-10 | SW | USAO-905-06 | 4/16/02 | Draft Retail Purchase Order for Motor Vehicle for Juanita Binns purchase |
| 20-11 | SW | USAO-894-95 | 4/16/02 | Retail Purchase Order for Motor Vehicle for Juanita Binns purchase |
| 20-12 | MMCA | MMCA-106-09 | 4/16/02 | Diamond Option Plan Retail Installment Contract re: Juanita Binns purchase |
| 20-13 | SW | USAO-904 | 4/16/02 | Consumer Repayment Options form re: Juanita Binns purchase |
| 20-14 | SW | USAO-903 | 4/16/02 | Application re: Disability Insurance - Juanita Binns |
| 20-15 | SW | USAO-901 | 4/16/02 | Extended Service Agreement re: Juanita Binns purchase |
| 20-16 | MMCA | MMCA-113 | 4/16/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Juanita Binns purchase |
| 20-17 | SW | USAO-928 | undated | Photocopy of Juanita Binns' CT driver's license |
| 20-18 | MMCA | MMCA-119 | 4/16/02 | Photocopy of CT DMV Official Registration for Juanita Binns purchase |
| 20-19 | SW | USAO-915 | 4/16/02 | "We Owe" form re: Juanita Binns purchase |
| 20-20 | SW | USAO-934A | 4/16/02 | Shoreline Mitsubishi Welcome sheet re: Juanita Binns |
| 21-01 | MMCA | MMCA-232 | 4/30/02 | Credit Application - Paul & Genevieve DiMauro |
| 21-01A | MMCA | MMCA-1469-71 | 4/30/02 | Wire transmission data for Paul & Genevieve DiMauro purchase |

Handwritten margin notes:
- F. 8/16/05 (next to 20-09)
- F. 8/16/05 (next to 20-10)
- F. 8/16/05 (next to 20-12)
- F. 8/16/05 (next to 20-16)
- F. 8/16/05 (next to 20-17)
- F. 8/26/05 (next to 20-18)
- F. 8/16/05 (next to 20-20)
- F. 8/18/05 (next to 21-01)
- F. 8/11/05 (next to 21-01A)

30

**GOVERNMENT EXHIBITS –** *USA v. ANGEL HERNANDEZ et al.*
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 21-02 | MMCA | MMCA-231 | 4/29/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Paul & Genevieve DiMauro |
| 21-03 | MMCA | MMCA-234 | 4/30/02 | Shoreline Mitsubishi R/O #07028 re: Paul & Genevieve DiMauro purchase |
| 21-04 | MMCA | MMCA-236 | undated | Diamond Option Plan Worksheet re: Paul and Genevieve DiMauro purchase |
| 21-05 | MMCA | MMCA-239 | 5/3/02 | Approval re: Paul & Genevieve DiMauro purchase |
| 21-06 | MMCA | MMCA-237 | 4/30/02 | Notice to co-signer re: Genevieve DiMauro |
| 21-07 | SW | USAO-1076 | 4/30/02 | Vehicle Invoice re: Paul DiMauro and Genevieve DiMauro purchase, bearing Genevieve DiMauro's signature and listing cash selling price as $25,160.80 |
| 21-08 | SW | USAO-1062 | 4/30/02 | Vehicle Invoice re: Paul DiMauro and Genevieve DiMauro purchase, bearing Paul DiMauro's signature and listing cash selling price as $25,033.67 |
| 21-09 | SW | USAO-1102-03 | undated | Draft Retail Purchase Order for Motor Vehicle for Paul & Genevieve DiMauro purchase |
| 21-10 | SW | USAO-1069-70 | 4/30/02 | Retail Purchase Order for Motor Vehicle for Paul and Genevieve DiMauro purchase, bearing Genevieve DiMauro's signature and listing cash selling price of $25,160.80 |

Handwritten annotations in left margin:
F. 8/8/05
F. 8/18/05
F. 8/26/05
F. 8/26/05
F. 8/18/05
F. 8/18/05
F. 8/18/05
F. 8/18/05
F. 8/18/05

31

### GOVERNMENT EXHIBITS – USA v. ANGEL HERNANDEZ et al.
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 21-11 | SW | USAO-1063-64 | 4/30/02 | Retail Purchase Order for Motor Vehicle for Paul and Genevieve DiMauro purchase, bearing Paul DiMauro's signature and listing cash selling price of $25,033.67 |
| 21-12 | MMCA | MMCA-227-230 | 4/30/02 | Diamond Option Plan Retail Installment Contract re: Paul and Genevieve DiMauro purchase |
| 21-13 | SW | USAO-1106 | undated | "Great News" sheet re: Genevieve DiMauro purchase |
| 21-14 | MMCA | MMCA-238 | 4/30/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Paul & Genevieve DiMauro purchase |
| 21-15 | SW | USAO-1091 | undated | Photocopy of Genevieve DiMauro's CT driver's license |
| 21-16 | SW | USAO-1073 | undated | Photocopy of Paul DiMauro's CT driver's license |
| 21-17 | MMCA | MMCA-233 | 4/30/02 | Photocopy of CT DMV Official Registration for Genevieve DiMauro purchase |
| 21-18 | SW | USAO-1071 | 4/30/02 | "We Owe" form re: Paul & Genevieve DiMauro purchase |
| 21-19 | | | | Notice of Intent to dispose of Repossessed or surrendered in/vehicle |
| 22-01 | MMCA | MMCA-653-54 | 7/18/02 | Credit Application - Royce Sullivan/ Ingrid Sullivan/Clementine Sullivan |
| 22-01A | MMCA | MMCA-1472-75 | 7/12/02 | Wire transmission data for Royce Sullivan/Ingrid Sullivan/Clementine Sullivan purchase |
| 22-02 | MMCA | MMCA-652 | 5/16/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Royce Sullivan |
| 22-03 | MMCA | MMCA-662 | undated | Diamond Option Plan Worksheet re: Bienvenido Montalvo purchase |

Handwritten annotations in left margin:
- F. 8/18/05 (21-11)
- F. 8/18/05 (21-12)
- F. 8/18/05 (21-13)
- F. 8/18/05 (21-14)
- F. 8/18/05 (21-15)
- F. 8/18/05 (21-16)
- F. 8/18/05 (21-17)
- F. 8/18/05 (21-18)
- F 8/19/05 (21-19)
- F. 8/17/05 (22-01)
- F. 8/11/05 (22-01A)
- F. 8/17/05 (22-02)
- F. 8/20/05 (22-03)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| | Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|---|
| F. 8/17/05 | 22-04 | MMCA | MMCA-657 | 7/5/02 | Earnings Statement for Royce Sullivan from Empower New Haven, Inc. |
| F. 8/17/05 | 22-05 | MMCA | MMCA-658 | 7/18/02 | Pay stub for Ingrid Sullivan |
| F. 8/17/05 | 22-06 | MMCA | MMCA-659 | 5/31/02 | Earnings Statement for Ingrid Sullivan from Calvin Hill Day Care Center |
| F. 8/17/05 | 22-07 | MMCA | MMCA-660 | undated | Form 1040 Income Tax Return for Clementine Sullivan for 2001 (first page) |
| F. 8/26/05 | 22-08 | MMCA | MMCA-655 | 7/15/02 | Approval re: Royce Sullivan/ Ingrid Sullivan/Clementine Sullivan purchase |
| F. 8/17/05 | 22-09 | MMCA | MMCA-656 | 7/18/02 | Notice to Co-Signer re: Ingrid Sullivan and Clementine Sullivan |
| F. 8/17/05 | 22-10 | SW | USAO-1412 | undated | Draft credit application re: Royce Sullivan and Clementine Sullivan |
| F. 8/17/05 | 22-11 | SW | USAO-1417 | undated | Daybreak version of credit application for Royce Sullivan and Ingrid Sullivan |
| F. 8/17/05 | 22-12 | SW | USAO-1419 | 7/18/02 | Co-signer Acknowledgment Form re: Clementine Sullivan |
| F. 8/17/05 | 22-13 | SW | USAO-1420 | undated | Draft credit application re: Royce Sullivan and Ingrid Sullivan |
| F. 8/17/05 | 22-14 | SW | USAO-1422 | undated | Daybreak version of credit application for Clementine Sullivan with Royce Sullivan information crossed out |
| F. 8/17/05 | 22-15 | SW | USAO-1381 | 7/18/02 | Vehicle Invoice re: Royce Sullivan/ Ingrid Sullivan/Clementine Sullivan purchase |
| F. 8/17/05 | 22-16 | SW | USAO-1410-11 | 7/15/02 | Draft Retail Purchase Order for Motor Vehicle for Royce Sullivan purchase |

33

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 22-17 | SW | USAO-1382-83 | 7/18/02 | Retail Purchase Order for Motor Vehicle for Royce Sullivan/Ingrid Sullivan/Clementine Sullivan purchase |
| 22-18 | MMCA | MMCA-650-51 | 7/18/02 | Diamond Option Plan Retail Installment Contract re: Royce Sullivan/Ingrid Sullivan/Clementine Sullivan purchase |
| 22-19 | MMCA | MMCA-661 | undated | Diamond Option Plan Customer Acknowledgment Receipt re: Royce Sullivan/Ingrid Sullivan/Clementine Sullivan purchase |
| 22-20 | MMCA | MMCA-664 | 7/18/02 | Odometer Disclosure Statement re: Royce Sullivan purchase |
| 22-21 | SW | USAO-1434 | undated | Photocopy of Royce Sullivan's Texas driver's license |
| 22-22 | SW | USAO-1435 | undated | Photocopy of Ingrid Sullivan's Connecticut driver's license |
| 22-23 | MMCA | MMCA-663 | 7/18/02 | Photocopy of CT DMV Official Registration for Royce Sullivan purchase |
| 22-24 | SW | USAO-1405 | 7/16/02 | "We Owe" form re: Royce Sullivan purchase |
| 22-25 | MMCA | MMCA-666-67 | 7/29/02 | Check from Shoreline Motors Corporation to Royce Sullivan for $1429.41 |
| 22-26 | MMCA | MMCA-670 | 7/23/03 | MMCA Automobile Repossession Contract and Hold Harmless Agreement |
| 22-27 | SW | USAO-1443A | 7/11/02 | Shoreline Mitsubishi Welcome sheet re: Royce Sullivan |
| 23-01 | MMCA | MMCA-12 | Undated | Credit Application - Sonia Aponte/Rafael Bonilla |

Handwritten annotations in left margin:
F. 8/17/05 (next to rows 22-17 through 22-27)

34

**GOVERNMENT EXHIBITS –** *USA v. ANGEL HERNANDEZ et al.*
**Case No. 3:02CR341 (EBB)**

F. 8/4/05
withdrawn
8/31/05

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 23-01A | MMCA | MMCA-1422-24 | 9/21/01 | Wire transmission data for Sonia Aponte purchase |
| 23-02 | MMCA | MMCA-15 | 9/10/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Sonia Aponte |
| 23-03 | MMCA | MMCA-16 | undated | Diamond Advantage Plan Worksheet re: Sonia Aponte/Rafael Bonilla purchase |
| 23-04 | MMCA | MMCA-17 | 9/24/01 | Approval from MMCA for financing of Sonia Aponte/Rafael Bonilla purchase |
| 23-05 | SW | USAO-754 | 9/22/01 | Consumer Repayment Options checklist re: Sonia Aponte |
| 23-06 | MMCA | MMCA-18 | 9/22/01 | Notice to Co-Signer -Rafael Bonilla |
| 23-07 | SW | USAO-739 | 9/22/01 | Vehicle Invoice re: Sonia Aponte/Rafael Bonilla purchase |
| 23-08 | SW | USAO-750-51 | 9/22/01 | Draft Retail Purchase Order for Motor Vehicle for Sonia Aponte purchase |
| 23-09 | SW | USAO-740-41 | 9/22/01 | Retail Purchase Order for Motor Vehicle for Sonia Aponte and Rafael Bonilla's purchase |
| 23-10 | SW | USAO-742-45 | 9/22/01 | Diamond Advantage Plan Retail Installment Contract re: Sonia Aponte and Rafael Bonilla purchase |
| 23-11 | MMCA | MMCA-20 | 9/22/01 | Certificate of Insurance re: Sonia Aponte purchase |
| 23-12 | SW | USAO-761 | 9/21/01 | Carbon copy of Shoreline Mitsubishi Cash Receipt re: Sonia Aponte ($50) |
| 23-13 | SW | USAO-762 | 9/22/01 | Carbon copy of Shoreline Mitsubishi Cash Receipt re: Sonia Aponte ($550) |

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 23-14 | SW | USAO-755 | undated | Photocopy of Sonia Aponte's Connecticut driver's license |
| 23-15 | MMCA | MMCA-0019 | 9/22/01 | Photocopy of CT DMV Official Registration re: Sonia Aponte's purchase |
| 23-16 | SW | USAO-757 | 9/22/01 | "We Owe" form re: Sonia Aponte's purchase |
| | | | | |
| 24-01 | MMCA | MMCA-1596 | 3/2/02 | Credit Application - Kai S. Armstrong/Barbara Armstrong |
| 24-01A | MMCA | MMCA-1458-60 | 3/1/02 | Wire transmission data for Kai S. Armstrong purchase |
| 24-02 | SW | USAO-1262 | 2/19/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Kai S. Armstrong |
| 24-03 | SW | USAO-1261 | undated | Diamond Option Plan Worksheet re: Kai S. Armstrong |
| 24-04 | SW | USAO-1258 | 3/4/02 | Approval from MMCA for financing of Kai Armstrong/ Barbara Armstrong purchase |
| 24-05 | SW | USAO-1259 | undated | Notice to Co-Signer -Barbara Armstrong |
| 24-06 | SW | USAO-1242 | 3/2/02 | Vehicle Invoice re: Kai S. Armstrong/Barbara Armstrong purchase |
| 24-07 | SW | USAO-1266-67 | 3/2/02 | Draft Retail Purchase Order for Motor Vehicle for Kai S. Armstrong purchase |
| 24-08 | SW | USAO-1243-44 | 3/2/02 | Retail Purchase Order for Motor Vehicle for Kai S. Armstrong/Barbara Armstrong purchase |

Handwritten annotations in left margin:
- F-8/16/05 (next to 24-01)
- F.8/11/05 (next to 24-01A)
- F. 8/16/05 (next to 24-02)
- F. 8/16/05 (next to 24-03)
- F. 8/16/05 (next to 24-04)
- F. 8/16/05 (next to 24-05)
- F. 8/16/05 (next to 24-06)
- F. 8/16/05 (next to 24-07)
- F. 8/16/05 (next to 24-08)

## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 24-09 | MMCA | MMCA-1592-93 | 3/2/02 | Diamond Option Plan Retail Installment Contract re: Kai S. Armstrong/Barbara Armstrong purchase |
| 24-10 | MMCA | MMCA-1607 | 3/2/02 | New Vehicle Extended Service Agreement re: Kai S. Armstrong purchase |
| 24-11 | SW | USAO-1260 | undated | Customer Acknowledgment Receipt for Diamond Option Plan re: Kai S. Armstrong/ Barbara Armstrong purchase |
| 24-12 | SW | USAO-1268 | undated | Photocopy of Barbara Armstrong's Connecticut driver's license |
| 24-13 | SW | USAO-1279 | undated | Photocopy of Kai S. Armstrong's Connecticut driver's license |
| 24-14 | SW | USAO-1281 | 3/2/02 | Photocopy of CT DMV Official Registration re: Kai S. Armstrong's purchase |
| 24-15 | SW | USAO-1270 | 3/2/02 | "We Owe" form re: Kai S. Armstrong's purchase |
| 25-01 | MMCA | MMCA-95 | 1/17/02 | Credit Application - Victor and Blanca Berrios |
| 25-01A | MMCA | MMCA-1454-55 | 1/17/02 | Wire transmission data for Victor and Blanca Berrios purchase |
| 25-02 | MMCA | MMCA-94 | 12/26/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Victor and Blanca Berrios |
| 25-03 | MMCA | MMCA-98 | 1/17/02 | Shoreline Mitsubishi R/O #07028 re: Victor and Blanca Berrios purchase |

Handwritten annotations in left margin:
- F. 8/16/05 (re 24-09)
- F. 8/24/05 (re 24-10)
- F. 8/16/05 (re 24-11)
- F. 8/16/05 (re 24-12)
- F. 8/16/05 (re 24-13)
- F. 8/25/05 (re 25-01)
- F. 8/11/05 (re 25-01A)
- F. 8/25/05 (re 25-02)
- F. 8/25/05 (re 25-03)

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 25-04 | MMCA | MMCA-99 | undated | Diamond Option Plan Worksheet re: Victor Berrios |
| 25-05 | MMCA | MMCA-96 | 1/17/02 | Approval from MMCA for financing of Victor and Blanca Berrios purchase |
| 25-06 | MMCA | MMCA-65 | 1/17/02 | Notice to Co-Signer -Blanca C. Berrios |
| 25-07 | SW | USAO-1142 | 1/17/02 | Vehicle Invoice re: Victor and Blanca Berrios purchase |
| 25-08 | SW | USAO-1160-61 | 1/17/02 | Draft Retail Purchase Order for Motor Vehicle for Victor Berrios purchase |
| 25-09 | SW | USAO-1143-44 | 1/17/02 | Retail Purchase Order for Motor Vehicle for Victor and Blanca Berrios purchase |
| 25-10 | MMCA | MMCA-68 | 1/17/02 | Diamond Option Plan Retail Installment Contract re: Victor and Blanca Berrios purchase |
| 25-11 | MMCA | MMCA-70 | 1/17/02 | Application re: Insurance for Victor and Blanca Berrios |
| 25-12 | MMCA | MMCA-71-72 | 1/17/02 | New Vehicle Extended Service Agreement re: Victor Berrios purchase |
| 25-13 | MMCA | MMCA-97 | 1/17/02 | Customer Acknowledgment Receipt for Diamond Option Plan re: Victor and Blanca Berrios purchase |
| 25-14 | SW | USAO-1173 | undated | Photocopy of Victor Berrios's Connecticut driver's license |
| 25-15 | SW | USAO-1162 | undated | Photocopy of Blanca C. Berrios's Connecticut driver's license |
| 25-16 | MMCA | MMCA-101 | 1/17/02 | Photocopy of CT DMV Official Registration re: Victor Berrios's purchase |

F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05
F. 8|25|05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 25-17 | SW | USAO-1163 | 1/17/02 | "We Owe" form re: Victor Berrios's purchase |
| 25-18 | MMCA | MMCA-76-77 | 3/25/02 | Notice of intent to dispose of repossessed vehicle re: Victor and Blanca Berrios |
| 25-19 | MMCA | MMCA-78 | 3/26/02 | MMCA's Notice of plan to sell property re: Victor and Blanca Berrios |
| 25-20 | BCB | BCB-001 | 8/13/02 | Deficiency notice |
| 26-01 | MMCA | MMCA-146 | undated | Credit Application - Bruce and Lisa Biron |
| 26-01A | MMCA | MMCA-1434-36 | 10/16/01 | Wire transmission data for Bruce Biron/Lisa Biron purchase |
| 26-02 | MMCA | MMCA-145 | 10/4/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Bruce and Lisa Biron |
| 26-03 | MMCA | MMCA-148 | 10/17/01 | Shoreline Mitsubishi R/O #07028 re: Bruce Biron purchase |
| 26-04 | MMCA | MMCA-149-50 | undated | Diamond Advantage Plan Worksheet re: Bruce and Lisa Biron |
| 26-05 | MMCA | MMCA-147 | 10/16/01 | Approval from MMCA for financing of Bruce and Lisa Biron's purchase |
| 26-06 | MMCA | MMCA-152 | undated | Notice to Co-Signer - Lisa Biron |
| 26-07 | SW | USAO-597 | 10/17/01 | Vehicle Invoice re: Bruce and Lisa Biron's purchase |
| 26-08 | SW | USAO-612-13 | 10/13/01 | Draft Retail Purchase Order for Motor Vehicle for Bruce Biron's purchase |

Handwritten annotations in left margin:
- F. 8/25/05 (re: 25-17)
- F. 8/25/05 (re: 25-18)
- F. 8/25/05 (re: 25-19)
- F. 8/25/05 (re: 25-20)
- F. 8/22/05 (re: 26-01)
- F. 8/11/05 (re: 26-01A)
- F. 8/22/05 (re: 26-02)
- F. 8/22/05 (re: 26-03)
- F. 8/22/05 (re: 26-04)
- F. 8/22/05 (re: 26-05)
- F. 8/22/05 (re: 26-06)
- F. 8/22/05 (re: 26-07)
- F. 8/22/05 (re: 26-08)

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 26-09 | SW | USAO-598-99 | 10/17/01 | Retail Purchase Order for Motor Vehicle for Bruce and Lisa Biron's purchase |
| 26-10 | MMCA | MMCA-141-44 | 10/17/01 | Diamond Advantage Plan Retail Installment Contract re: Bruce and Lisa Biron purchase |
| 26-11 | SW | USAO-611 | undated | Photocopy of Bruce Biron's Connecticut driver's license |
| 26-12 | SW | USAO-610 | undated | Photocopy of Lisa Biron's Connecticut driver's license |
| 26-13 | MMCA | MMCA-154 | 10/17/01 | Photocopy of CT DMV Official Registration re: Bruce Biron's purchase |
| 26-14 | SW | USAO-618 | 10/17/01 | "We Owe" form re: Bruce Biron's purchase |
| 26-15 | MMCA | MMCA-126-27 | 8/2/02 | Notice of intent to dispose of repossessed vehicle re: Bruce and Lisa Biron |
| 26-16 | MMCA | MMCA-128 | 8/2/02 | MMCA's Notice of plan to sell property re: Bruce and Lisa Biron |
| 27-01 | MMCA | MMCA-1512 | Undated | Credit Application - Jose A. Santiago |
| 27-01A | MMCA | MMCA-1391-92 | 4/5/01 | Wire transmission data re: Jose A. Santiago purchase |
| 27-02 | MMCA | MMCA-1511 | 3/14/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Jose A. Santiago |
| 27-03 | MMCA | MMCA-1515 | 4/5/01 | Shoreline Mitsubishi R/O #07028 re: Jose Santiago |
| 27-04 | MMCA | MMCA-1513 | Undated | Diamond Advantage Plan Worksheet re: Jose A. Santiago |

Handwritten annotations in left margin:
F. 8/22/05 (26-09)
F. 8/22/05 (26-10)
F. 8/22/05 (26-11)
F. 8/22/05 (26-12)
F. 8/22/05 (26-13)
F. 8/22/05 (26-14)
F. 8/22/05 (26-15)
F. 8/22/05 (26-16)
F 8/18/05 (27-01)
F. 8/11/05 (27-01A)
F. 8/22/05 (27-02)
F. 8/22/05 (27-03)
F. 8/22/05 (27-04)

40

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 27-05 | MMCA | MMCA-1514 | 4/5/01 | Approval from MMCA for financing of Jose A. Santiago purchase |
| 27-06 | SW | USAO-709 | 4/5/01 | Vehicle Invoice re: Jose A. Santiago purchase |
| 27-07 | SW | USAO-729-30 | 3/31/01 | Draft Retail Purchase Order for Motor Vehicle re: Jose A. Santiago (Mirage) |
| 27-08 | SW | USAO-731-32 | 3/31/01 | Another Draft Retail Purchase Order for Motor Vehicles re: Jose A. Santiago purchase (Galant) |
| 27-09 | SW | USAO-727-28 | 4/5/01 | Retail Purchase Order for Motor Vehicle re: Jose A. Santiago purchase |
| 27-10 | MMCA | MMCA-1502-03 | 4/5/01 | Diamond Advantage Plan Retail Installment Contract re: Jose A. Santiago purchase |
| 27-11 | JAS | JAS 0001-4 | 4/5/01 | Another Diamond Advantage Plan Retail Installment Contract re: Jose A. Santiago purchase (not signed by dealership) |
| 27-12 | SW | USAO-715 | undated | Photocopy of Jose A. Santiago's Connecticut driver's license |
| 27-13 | MMCA | MMCA-1518 | 4/5/01 | Photocopy of CT DMV Official Registration re: Jose A. Santiago purchase |
| 28-01 | MMCA | MMCA-941 | undated | Credit Application - Robert Cimino |
| 28-01A | MMCA | MMCA-1479-81 | 8/21/02 | Wire transmission data for Robert P Cimino purchase |
| 28-02 | MMCA | MMCA-930 | 8/24/02 | 2001 1040EZ Federal Tax Return re: Robert P Cimino |
| 28-03 | MMCA | MMCA-931 | 8/21/02 | Earnings Statement for Robert Cimino from Poppy's Restaurant |

Handwritten annotations in left margin:
- F. 8/22/05 (next to 27-05)
- F. 8/22/05 (next to 27-06)
- F. 8/22/05 (next to 27-07)
- F. 8/22/05 (next to 27-08)
- F. 8/22/05 (next to 27-09)
- F. 8/22/05 (next to 27-10)
- F. 8/22/05 (next to 27-11)
- F. 8/22/05 (next to 27-12)
- F. 8/22/05 (next to 27-13)
- F. 8/11/05 withdrawn 8/31/05 (next to 28-01A)

41

## GOVERNMENT EXHIBITS – USA v. ANGEL HERNANDEZ et al.
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 28-04 | MMCA | MMCA-940 | 4/18/02 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Robert Cimino |
| 28-05 | MMCA | MMCA-934 | 8/27/02 | Shoreline Mitsubishi R/O re: Robert Cimino purchase |
| 28-06 | MMCA | MMCA-933 | undated | Diamond Option Plan Worksheet re: Robert Cimino |
| 28-07 | MMCA | MMCA-929 | 8/26/02 | Approval from MMCA for financing of Robert Cimino purchase |
| 28-08 | SW | USAO-122 | 8/27/02 | Vehicle Invoice re: Robert Cimino purchase |
| 28-09 | SW | USAO-149-50 | undated | Draft Retail Purchase Order for Motor Vehicle for Robert Cimino purchase |
| 28-10 | SW | USAO-165-66 | 8/27/02 | Retail Purchase Order for Motor Vehicle for Robert Cimino purchase |
| 28-11 | MMCA | MMCA-902-05 | 8/27/02 | Diamond Option Plan Retail Installment Contract re: Robert Cimino purchase |
| 28-12 | MMCA | MMCA-932 | 8/27/02 | Customer Acknowledgment Receipt for Diamond Option Plan re: Robert Cimino purchase |
| 28-13 | SW | USAO-145 | 2/26/97 | Photocopy of Robert Cimino Connecticut Department of Social Services ID |
| 28-14 | MMCA | MMCA-935 | 8/27/02 | Photocopy of CT DMV Official Registration re: Sherlie Rodriguez (Robert Cimino) purchase |
| 28-15 | SW | USAO-142 | 8/26/02 | "We Owe" form re: Robert Cimino purchase |
| | | | | |
| 29-01 | MMCA | MMCA-1088 | 9/25/01 | Credit Application -Jessica Torres/Melissa Cardoso |

F. 8/24/05

42

## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 29-01A | MMCA | MMCA-1431-33 | 9/25/01 | Wire transmission data for Jessica Torres purchase |
| 29-02 | MMCA | MMCA-1087 | 9/11/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Jessica Torres/ Melissa Cardoso |
| 29-03 | MMCA | MMCA-1085-86 | undated | Diamond Advantage Plan Worksheet re: Jessica Torres/Melissa Cardoso |
| 29-04 | MMCA | MMCA-1089 | 9/27/01 | Approval from MMCA for financing of Jessica Torres/ Melissa Cardoso purchase |
| 29-05 | MMCA | MMCA-1080 | 9/25/01 | Notice to Co-Signer - Melissa Cardoso |
| 29-06 | SW | USAO-1318 | 9/25/01 | Vehicle Invoice re: Jessica Torres/Melissa Cardoso purchase |
| 29-07 | SW | USAO-1331-32 | undated | Draft Retail Purchase Order for Motor Vehicle for Jessica Torres purchase |
| 29-08 | SW | USAO-1319-20 | 9/25/01 | Retail Purchase Order for Motor Vehicle for Jessica Torres/ Melissa Cardoso purchase |
| 29-09 | MMCA | MMCA-1081-84 | 9/25/01 | Diamond Advantage Plan Retail Installment Contract re Jessica Torres/Melissa Cardoso purchase |
| 29-10 | SW | USAO-1333 | undated | Photocopy of Jessica Torres's Connecticut driver's license |
| 29-11 | SW | USAO-1339 | undated | Salesperson's Checklist Form re: Jessica Torres |
| 29-12 | MMCA | MMCA-1090 | 9/25/01 | Photocopy of CT DMV Official Registration re: Jessica Torres's purchase |
| 29-13 | SW | USAO-1335 | 9/25/01 | "We Owe" form re: Jessica Torres purchase |

Handwritten annotations in left margin:
- F. 8/11/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05
- F. 8/26/05

43

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 29-14 | MMCA | MMCA-1064-65 | 7/18/02 | Notice of intent to dispose of repossessed vehicle re: Jessica Torres/Melissa Cardoso |
| 29-15 | MMCA | MMCA-1066 | 7/18/02 | MMCA's Notice of plan to sell property re: Jessica Torres/ Melissa Cardoso |
| | | | | |
| 30-01 | MMCA | MMCA-1676 | 1/25/02 | Credit Application - Melissa Bailey/Maria Ramos |
| 30-02 | USAO | USAO-1727 | 1/24/02 | Shoreline Mitsubishi welcome sheet re: Melissa Bailey |
| 30-03 | MMCA | MMCA-1678 | 1/24/02 | Trans Union credit report re: Maria Ramos |
| 30-04 | MMCA | MMCA-1671 | 12/18/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Melissa Bailey/ Maria Ramos |
| 30-05 | MMCA | MMCA-1684 | 1/25/02 | Shoreline Mitsubishi R/O #07028 re: Melissa Bailey |
| 30-06 | MMCA | MMCA-1677 | undated | Diamond Option Plan Worksheet re: Melissa Bailey/ Maria Ramos purchase |
| 30-07 | MMCA | MMCA-1682 | undated | AutoExpress Approval |
| 30-08 | MMCA | MMCA-1681 | 1/25/02 | Notice to Co-Signer - Maria Ramos |
| 30-09 | USAO | USAO-1708 | 1/25/02 | Vehicle Invoice re: Melissa Bailey/Maria Ramos purchase |
| 30-10 | USAO | USAO-1722 | 1/24/02 | Draft Retail Purchase Order for Motor Vehicle for Melissa Bailey/Maria Ramos purchase |
| 30-11 | USAO | USAO-1709 | 1/25/02 | Retail Purchase Order for Motor Vehicle for Melissa Bailey/Maria Ramos purchase |

44

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 30-12 *F 8/18/05* | MMCA | MMCA-1672-75 | 1/25/02 | Diamond Option Plan Retail Installment Contract re Melissa Bailey/Maria Ramos purchase |
| 30-13 *F 8/18/05* | MMCA | MMCA-1680 | 1/25/02 | Extended Service Agreement re: Melissa Bailey/Maria Ramos purchase |
| 30-14 *F 8/18/05* | MMCA | MMCA-1683 | 1/25/02 | Diamond Option Plan Customer Acknowledgment Receipt re: Melissa Bailey/Maria Ramos purchase |
| 30-15 *F 8/18/05* | USAO | USAO-1737, 1724-25 | undated | Photocopy of Melissa Bailey's Connecticut driver's license |
| 30-16 *F 8/18/05* | USAO | USAO-1738 | undated | Photocopy of Maria Ramos's Connecticut driver's license |
| 30-17 *8/18/05* | MMCA | MMCA-1685 | 1/25/02 | Photocopy of CT DMV Official Registration re: Melissa Bailey's purchase |
| 30-18 *F 8/18/05* | USAO | USAO-1729 | 1/25/02 | "We Owe" form re: Melissa Bailey purchase |
| *F. 8/24/05* 30-19 | | | | Soc. Sec. Records – *Maria Ramos* |
| 31-01 | SW | USAO-979 | undated | Credit Application - Elizabeth Rivera/Nertha Ortiz |
| 31-01A *F. 8/11/05 withdrawn 8/31/05* | MMCA | MMCA-1412-13 | 8/11/01 | Wire transmission data for Elizabeth Rivera/Nertha Ortiz purchase |
| 31-02 | SW | USAO-992 | 6/20/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Elizabeth Rivera |
| 31-03 | SW | USAO-987 | undated | Diamond Advantage Plan Worksheet re: Elizabeth Rivera/Nertha Ortiz |
| 31-04 | SW | USAO-986 | 8/11/01 | Approval re: Elizabeth Rivera/Nertha Ortiz purchase |
| 31-05 | SW | USAO-988 | 8/11/01 | Notice to Co-Signer re: Nertha Ortiz |

45

GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 31-06 | SW | USAO-978 | 8/11/01 | Vehicle Invoice re: Elizabeth Rivera/Nertha Ortiz purchase |
| 31-07 | SW | USAO-1013-14 | 8/11/01 | Draft Retail Purchase Order for Motor Vehicle re: Elizabeth Rivera purchase |
| 31-08 | SW | USAO-980-81 | 8/11/01 | Retail Purchase Order for Motor Vehicle re: Elizabeth Rivera/Nertha Ortiz purchase |
| 31-09 | SW | USAO-982-985 | 8/11/01 | Diamond Advantage Plan Retail Installment Contract re: Elizabeth Rivera/Nertha Ortiz purchase |
| 31-10 | SW | USAO-1015 | 8/11/01 | Certificate of Insurance re: Elizabeth Rivera/Nertha Ortiz purchase |
| 31-11 | SW | USAO-1016 | 8/11/01 | Extended Service Agreement re: Elizabeth Rivera purchase |
| 31-12 | SW | USAO-990 | undated | Photocopy of Elizabeth Rivera's Connecticut driver's license |
| 31-13 | SW | USAO-991 | undated | Photocopy of Nertha Ortiz's Connecticut driver's license |
| 31-14 | SW | USAO-1007 | 8/11/01 | Photocopy of CT DMV Official Registration for Elizabeth Rivera purchase |
| 31-15 | SW | USAO-1017 | 8/11/01 | "We Owe" form re: Elizabeth Rivera purchase |
| 32-01 | MMCA | MMCA-427 | undated | Credit Application - Orlando Molina |
| 32-01A | MMCA | MMCA-1393-94 | 4/11/01 | Wire transmission data for Orlando Molina purchase |
| 32-02 | MMCA | MMCA-426 | 11/28/00 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Orlando Molina |
| 32-03 | MMCA | MMCA-429 | undated | Shoreline Mitsubishi R/O #07028 re: Orlando Molina |

*Handwritten annotations in left margin:*
F
F- 8/11/05
F. 8/25/05
F- 8/25/05

*Handwritten next to 32-01:* 8/19/05

46

## GOVERNMENT EXHIBITS – USA v. ANGEL HERNANDEZ et al.
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 32-04 | MMCA | MMCA-428 | undated | Diamond Advantage Plan Worksheet re: Orlando Molina |
| 32-05 | MMCA | MMCA-430 | 4/11/01 | Approval from MMCA for financing of Orlando Molina purchase |
| 32-06 | SW | USAO-1114 | 4/11/01 | Vehicle Invoice re :Orlando Molina purchase |
| 32-07 | SW | USAO-1115-16 | 4/11/01 | Retail Purchase Order for Motor Vehicle re: Orlando Molina purchase |
| 32-08 | MMCA | MMCA-424-25 | 4/11/01 | Diamond Advantage Plan Retail Installment Contract re: Orlando Molina |
| 32-09 | SW | USAO-1122 | 4/16/01 | Carbon copy of cash receipt re: Orlando Molina ($1000) |
| 32-10 | SW | USAO-1130 | undated | Photocopy of Orlando Molina's driver's license |
| 32-11 | MMCA | MMCA-433 | 4/11/01 | Photocopy of CT DMV Official Registration re: Orlando Molina purchase |
| 33-01 | MMCA | MMCA-1011 | undated | Credit Application - Gary Vaught/Walter Vaught |
| 33-01A | MMCA | MMCA-1410-11 | 8/6/01 | Wire transmission data for Gary Vaught/Walter Vaught purchase |
| 33-02 | MMCA | MMCA-1010 | 5/10/01 | Invoice from Mitsubishi Motor Sales of America, Inc. showing MSRP and invoice amount for car sold to Gary Vaught |
| 33-03 | MMCA | MMCA-1012 | 8/7/01 | Shoreline Mitsubishi R/O #07028 re: Gary Vaught |
| 33-04 | MMCA | MMCA-1013 | 8/6/01 | Approval re: Gary Vaught/Walter Vaught purchase |
| 33-05 | MMCA | MMCA-1005 | 8/7/01 | Notice to co-signer re: Walter Vaught |

Handwritten annotations in left margin:
- F. 8/25/05 (32-04)
- F. 8/25/05 (32-05)
- F. 8/25/05 (32-06)
- F. 8/25/05 (32-07)
- F. 8/25/05 (32-08)
- F. 8/25/05 (32-09)
- F. 8/25/05 (32-10)
- F. 8/25/05 (32-11)
- F. 8/23/05 (33-01)
- F. 8/11/05 (33-01A)
- F. 8/23/05 (33-02)
- F. 8/23/05 (33-03)
- F. 8/23/05 (33-04)
- F. 8/23/05 (33-05)

47

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 33-06 | SW | USAO-1518 | 8/7/01 | Vehicle Invoice re: Gary Vaught/ Walter Vaught purchase |
| 33-07 | SW | USAO-1531-32 | 8/6/01 | Draft Retail Purchase Order for Motor Vehicle re: Gary Vaught purchase |
| 33-08 | SW | USAO-1519-20 | 8/7/01 | Retail Purchase Order for Motor Vehicle re: Gary Vaught/Walter Vaught purchase |
| 33-09 | MMCA | MMCA-1006-09 | 8/7/01 | Diamond Advantage Plan Retail Installment Contract re: Gary Vaught/ Walter Vaught purchase |
| 33-10 | SW | USAO-1533 | undated | Photocopy of Gary Vaught's CT driver's license |
| 33-11 | SW | USAO-1534 | undated | Photocopy of Walter Vaught's CT driver's license |
| 33-12 | MMCA | MMCA-1015 | 8/7/01 | Photocopy of CT DMV Official Registration for Gary Vaught purchase |
| 33-13 | SW | USAO-1535 | 8/6/01 | "We Owe" form re: Gary Vaught purchase |
| 34 | | | | *Lease Appl – Vetre* |
| 93.7-00 | Infinity Broadcasting | IB-00001 | 3/23/05 | Spreadsheet of Radio Advertisement Names and Dates |
| 93.7-01 | Infinity Broadcasting | N/A | 8/3/01 | Shoreline Mitsubishi Radio advertisement: Hottest |
| 93.7-01A | Infinity Broadcasting | IB-00003 | 8/3/01 | Shoreline Mitsubishi Radio advertisement: Hottest (Transcript) |
| 93.7-02 | Infinity Broadcasting | N/A | 9/9/01 | Shoreline Mitsubishi Radio advertisement: Yes, Yes, Yes |
| 93.7-02A | Infinity Broadcasting | IB-00004 | 9/9/01 | Shoreline Mitsubishi Radio advertisement: Yes, Yes, Yes (Transcript) |
| 93.7-03 | Infinity Broadcasting | N/A | 9/25/01 | Shoreline Mitsubishi Radio advertisement: Si Si |

Handwritten left-margin annotations:
F. 8/22/05
F. 8/22/05
F. 8/22/05
F. 8/23/05
F. 8/23/05
F. 8/23/05
F. 8/23/05
F. 8/23/05
F. 8/12/05
F. 8/12/05
F. 8/12/05
F. 8/12/05

48

**GOVERNMENT EXHIBITS –** *USA v. ANGEL HERNANDEZ et al.*
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 93.7-03A | Infinity Broadcasting | IB-00005 | 9/25/01 | Shoreline Mitsubishi Radio advertisement: Si Si (Transcript) |
| 93.7-04 | Infinity Broadcasting | N/A | 11/13/01 | Shoreline Mitsubishi Radio advertisement: Turkey |
| 93.7-04A | Infinity Broadcasting | IB-00006 | 11/13/01 | Shoreline Mitsubishi Radio advertisement: Turkey (Transcript) |
| 93.7-05 | Infinity Broadcasting | N/A | 11/27/01 | Shoreline Mitsubishi Radio advertisement: All Out Sell Out |
| 93.7-05A | Infinity Broadcasting | IB-00007 | 11/27/01 | Shoreline Mitsubishi Radio advertisement: All Out Sell Out (Transcript) |
| 93.7-06 | Infinity Broadcasting | N/A | 12/21/01 | Shoreline Mitsubishi Radio advertisement: Year End Blow Out Sale |
| 93.7-06A | Infinity Broadcasting | IB-00008 | 12/21/01 | Shoreline Mitsubishi Radio advertisement: Year End Blow Out Sale (Transcript) |
| 93.7-07 | Infinity Broadcasting | N/A | 2/20/02 | Shoreline Mitsubishi Radio advertisement: Forget About It |
| 93.7-07A | Infinity Broadcasting | IB-00009 | 2/20/02 | Shoreline Mitsubishi Radio advertisement: Forget About It (Transcript) |
| 100 | USAO | N/A | undated | Shoreline Mitsubishi Organizational Chart |
| 101 | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Monthly Breakdown of Vehicles Sold from Jan-99 through Oct-02 |
| 101A | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Monthly Breakdown of Vehicles Sold from Jan-99 through Oct-02 (with timeline labels) |
| 102 | USAO | N/A | undated | Bar Chart: Monthly Breakdown of New Vehicles Sold from Jan-99 through Oct-02 |

Handwritten margin notes:
- F. 8/24/05 (beside 93.7-04)
- F. 8/24/05 (beside 93.7-04A)
- F. 8/15/05 (beside 93.7-07)
- F. 8/15/05 (beside 93.7-07A)
- 8/10/05 ID only (beside 100)
- ID 8/23/05 (beside 101)
- ID 8/23/05 (beside 101A)
- ID 8/23/05 (beside 102)

## GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.*
### Case No. 3:02CR341 (EBB)

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 102A | USAO | N/A | undated | Bar Chart: Monthly Breakdown of New Vehicles Sold from Jan-99 through Oct-02 (with timeline labels) |
| 103 | USAO | N/A | undated | Bar Chart: Monthly Breakdown of Used Vehicles Sold from Jan-99 through Oct-02 |
| 103A | USAO | N/A | undated | Bar Chart: Monthly Breakdown of Used Vehicles Sold from Jan-99 through Oct-02 (with timeline labels) |
| 104 | USAO | N/A | undated | Linear Chart: Shoreline Mitsubishi Monthly Breakdown of Vehicles Sold from Jan-99 through Oct-02 |
| 104A | USAO | N/A | undated | Linear Chart: Shoreline Mitsubishi Monthly Breakdown of Vehicles Sold from Jan-99 through Oct-02 (with timeline labels) |
| 105 | USAO | N/A | undated | Bar Chart: Yearly Number of New & Used Vehicle Sales Shoreline Mitsubishi Jan-99 through Oct-02 |
| 106 | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles Calendar Year 1999 |
| 107 | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles Calendar Year 2000 |
| 107A | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles Calendar Year 2000 (with timeline labels) |
| 108 | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles Calendar Year 2001 |
| 108A | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles Calendar Year 2001 (with timeline labels) |

ID 8/22/05
ID 8/22/05
ID 8/22/05
ID 8/23/05
ID 8/23/05

50

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 109 | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles January through October 2002 |
| 109A | USAO | N/A | undated | Bar Chart: Shoreline Mitsubishi Sales of New & Used Vehicles January through October 2002 (with timeline labels) |
| 110 | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Gross Earnings, Including Salary and Commission for all defendants plus employees who have pled guilty |
| 110A | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Gross Earnings, Including Salary and Commission for defendants only |
| 111 | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Gross Earnings, Including Salary and Commission for Calendar Year 2000 |
| 112 | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Gross Earnings, Including Salary and Commission for Calendar Year 2001 |
| 113 | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Gross Earnings for 2002, Including Salary and Commission |
| 114 | USAO | N/A | undated | Chart: Shoreline Mitsubishi Employees' Total Gross Earnings from Feb. 1, 2000, through Sept. 30, 2002, Including Salary and Commission |
| 115 | USAO | N/A | undated | Chart Depicting Use of Interstate Wire Transmissions |
| | | | | |
| 200 | USAO | N/A | 9/13/02 | Photograph of Shoreline Mitsubishi dealership |

F. 8/10/05

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

F. 8/10/05

F. 8/10/05

| Ex# | Source | Bates | Date | Description |
|-----|--------|-------|------|-------------|
| 200A | USAO | N/A | 9/13/02 | Photograph of window signs from Shoreline Mitsubishi dealership |
| 200B | USAO | N/A | 9/13/02 | Photograph of Shoreline Mitsubishi detail shop |
| 200C | USAO | N/A | 9/13/02 | Photograph of Shoreline Mitsubishi dealership at night |
| 201 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Galant |
| 202 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Galant GTZ 4dr sedan |
| 203 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Galant SE |
| 204 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Galant SE V6 |
| 205 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Montero Limited |
| 206 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Montero Sport |
| 207 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Montero Sport ES |
| 208 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Montero Sport LS |
| 209 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Montero Sport LTD 4wd |
| 210 | USAO | N/A | undated | Photograph of 2001 Mitsubishi Diamante LS |
| 211 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Eclipse GS |
| 212 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Galant GTZ V6 |
| 213 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Galant LS 4dr sedan V6 |
| 214 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Galant SE |

**GOVERNMENT EXHIBITS – *USA v. ANGEL HERNANDEZ et al.***
**Case No. 3:02CR341 (EBB)**

| Ex# | Source | Bates | Date | Description |
|---|---|---|---|---|
| 215 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Montero |
| 216 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Montero Limited |
| 217 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Montero Sport AWD V6 |
| 218 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Montero XLS V6 |
| 219 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Lancer |
| 220 | USAO | N/A | undated | Photograph of 2002 Mitsubishi Eclipse |
| 221 | USAO | N/A | undated | Photograph of 2003 Mitsubishi Eclipse GTS |
| 222 | USAO | N/A | undated | Photograph of Blanca and Victor Berrios' house |
| 223 | USAO | N/A | undated | Photograph of Orlando Molina in front of his Mitsubishi Montero Sport |

F. 8/25/05

53

AO 187 (Rev. 7/87) Exhibit and Witness List    ⊕

# United States District Court

──────── DISTRICT OF ────────

USA v. Hernandez, etal

*Govt supplemental*
EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Birau / McGarry | Hillis, Einhom, Cramer, |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/10/05 – | Falzarano | M. Knocco  Zimmermay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 01-35 | | 8/19/05 | ✓ | ✓ | Plea + Coop. Agreement – Pierro |
| 01-36 | | 8/19/05 | ✓ | ✓ | Information – Pierro |
| 01-37 | | 8/23/05 | ✓ | ID | Plea Agreement – Clanton |
| 01-38 | | 8/23/05 | ✓ | ID | Cooperation Agreement – Clanton |
| 01-50 | | 8/26/05 | ✓ | ✓ | |
| 01-52 | | 8/26/05 | ✓ | ID | Shoreline Asst Status + Repo. Info. |
| 01-40 | | 8/24/05 | ✓ | ✓ | Jose Conception's Cooperation letter |
| 00-00 | | 8/30/05 | ✓ | ✓ | Key to Initials Used in the Indictment |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |