AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

USA v. Hernandez, et al.

FILED
9/7 2005
Kevin F. ___, Clerk
Court M. Ruocco

EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Burns | Birau, McGarry | Hillis, Einhorn, Cramer, Zimmerman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/10/05 – 9/7/05 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/10/05 | ✓ | ✓ | Stipulation re search warrant |
| 2 | | 8/12/05 | ✓ | ✓ | Stipulation re 93.7 FM |
| 3 | | 8/12/05 | ✓ | ✓ | Stipulation re MMCA, Inc. |
| 4 | | 8/15/05 | ✓ | ✓ | Stipulation re Crescent Bank |
| 5 | | 8/22/05 | ✓ | ✓ | Stipulation re Shoreline Bus. Records |
| 6 | | 8/31/05 | ✓ | ✓ | Exhibit List |
| 7 | | 8/31/05 | ✓ | ✓ | Juror Note re pictures |
| 8 | | 8/31/05 | ✓ | ✓ | Juror Note re Montalvo transcript |
| 9 | | 8/31/05 | ✓ | ✓ | Juror Note re Santana/Agosto testimony |
| 10 | | 9/1/05 | ✓ | ✓ | Testimony of Rosa Santana |
| 11 | | 9/1/05 | ✓ | ✓ | Testimony of Maria Agosto |
| 12 | | 9/1/05 | ✓ | ✓ | Testimony of Bienvenido Montalvo |
| 13 | | 9/1/05 | ✓ | ✓ | Juror Note re Mrs Montalvo transcript |
| 14 | | 9/1/05 | ✓ | ✓ | Testimony of Carmen Montalvo |
| 15 | | 9/1/05 | ✓ | ✓ | Juror Note re Witcher transcript |
| 16 | | 9/1/05 | ✓ | ✓ | Testimony of Wesley + Shirley Witcher |
| 17 | | 9/1/05 | ✓ | ✓ | Juror Note re Vette + Concepcion |
| 18 | | 9/1/05 | ✓ | ✓ | Juror Note re Andrea Williams |
| 19 | | 9/2/05 | ✓ | ✓ | Testimony of Jose Concepcion |
| 20 | | 9/2/05 | ✓ | ✓ | Testimony of Bruce Vette 8/11/05 |
| 21 | | 9/2/05 | ✓ | ✓ | "    "    "    "    8/12/05 |
| 22 | | 9/2/05 | ✓ | ✓ | "    "    "    "    8/29/05 |

AO 187A (Rev. 7/87)

Court

EXHIBIT ~~AND WITNESS~~ LIST – CONTINUATION

VS.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 9/2/05 | ✓ | ✓ | Testimony of Andrea Williams |
| 24 | | 9/2/05 | ✓ | ✓ | Juror Note re: Espinosa |
| 25 | | 9/2/05 | ✓ | ✓ | Testimony of Espinosa 8/16/05 |
| 26 | | 9/2/05 | ✓ | ✓ | Testimony of Espinosa 8/17/05 |
| 27 | | 9/2/05 | ✓ | ✓ | Testimony of Van Overen |
| 28 | | 9/2/05 | ✓ | ✓ | Juror Note re: Harrell |
| 29 | | 9/2/05 | ✓ | ✓ | Juror Note re: 9/7/05 |
| 30 | | 9/2/05 | ✓ | ✓ | Testimony of Richard Harrell |
| 31 | | 9/2/05 | ✓ | ✓ | Juror Note re: Browdy, et al. |
| 32 | | 9/2/05 | ✓ | ✓ | Juror Note re: Richards, et al. |
| 33 | | 9/2/05 | ✓ | ✓ | Juror Note re: Bozzuto et al |
| 34 | | 9/2/05 | ✓ | ✓ | Testimony of Browdy, Richards, Nayagam |
| 35 | | 9/6/05 | ✓ | ✓ | Testimony of Danielle Fowler |
| 36 | | 9/6/05 | ✓ | ✓ | Testimony of Aurigemma + Bozzuto |
| 37 | | 9/6/05 | ✓ | ✓ | Testimony of South-Mollison |
| 38 | | 9/6/05 | ✓ | ✓ | Testimony of Gwendolyn Morgan |
| 39 | | 9/6/05 | ✓ | ✓ | Juror Note re: Binns + Burgos |
| 40 | | 9/6/05 | ✓ | ✓ | Testimony of Binns + Burgos |
| 41 | | 9/6/05 | ✓ | ✓ | Juror Note re: DiMauro, et al |
| 42 | | 9/6/05 | ✓ | ✓ | Testimony of Paul + Genevieve DiMauro |
| 43 | | 9/6/05 | ✓ | ✓ | Testimony of Royce Sullivan |
| 44 | | 9/6/05 | ✓ | ✓ | Juror Note re: deliberations |
| 45 | | 9/6/05 | ✓ | ✓ | Response to Jury |
| 46 | | 9/7/05 | ✓ | ✓ | Juror Note re: verdict |