UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (EBB) |
| VS. | |
| NELSON DATIL | November 18, 2005 |

**MOTION TO INCREASE EXPENDITURE FOR**
**PRIVATE INVESTIGATOR NUNC PRO TUNC**

The Defendant Nelson Datil moves that he be authorized, *nunc pro tunc,* to engage the services of a private investigator, and that the limit for the expenditures of the same be increased to $20,000.00.

In support hereof the undersigned represents this was an extremely paper-intensive case with more than 50 witnesses and other files of Shoreline Mitsubishi which also had to be examined. Most of these witnesses did not live in close proximity to New Haven, and in one instance your investigator had to travel to Texas to interview a potential witness.

                                                                  THE DEFENDANT,
                                                                  NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511
Fed Bar ct 00163 /203-777-3777

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 18th day of November, 2005 to:

Jonathan Biran, AUSA
P.O. Box 1824
New Haven, CT 06501

                                                                  _____
                                                                  JONATHAN J. EINHORN