UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | |
| | : | |
| ANGEL HERNANDEZ, et al. | : | December 1, 2005 |

**MOTION FOR EXTENSION OF TIME**
**TO FILE A RESPONSE TO DEFENDANTS' MOTIONS**
**FOR JUDGMENTS OF ACQUITTAL AND NEW TRIAL**

The United States of America, by and through the undersigned Assistant U.S. Attorneys, respectfully request an extension of time until December 15, 2005, to file its response to defendants' motions for judgments of acquittal and new trial in the above-captioned matter.  This is the Government's first request for an extension.   In support of this motion, the Government states the following:

1.      On September 7, 2005, a federal jury found the defendants Angel Hernandez, David Brown, Richard Brown and Nelson Datil, guilty on various counts alleged in the fourth superseding indictment.  Following the jury's guilty verdict and its discharge, the Court issued an order setting forth the scheduling for briefs for judgment of acquittal and/or new trial for September 28, 2005 with government's response due on October 14, 2005 and replies to government's response due on October 21, 2005.

2.      On September 28, 2005, defendant Richard Brown filed his brief for judgment of acquittal and new trial with a request to adopt relevant arguments of co-defendants.

**ORAL ARGUMENT NOT REQUESTED**

-1-

3.      The same date, defendant Angel Hernandez moved for a 30-day extension of time to file his brief for judgment of acquittal and new trial.  The court granted his motion and extended the time in which to file defendants briefs to October 31, 2005 and government's response to November 14, 2005.

4.      On October 28, 2005, defendant David Brown moved for an extension of time until November 2, 2005 to file his brief for judgment of acquittal and new trial. The court granted his motion and extended the time in which to file defendants' brief to November 2, 2005 and government's response to November 16, 2005.

5.      On November 2, 2005, defendant David Brown filed his brief for judgment of acquittal and new trial.

6.      On November 8, 2005, defendant Nelson Datil filed his brief for judgment of acquittal and new trial.

7.      On November 15, 2005, defendant Angel Hernandez filed his brief for judgment of acquittal and new trial.

8.      No new briefing schedule regarding the Government's responses and the defendants' replies to the Government's responses has been issued.  The Government is preparing those responses at this time.  Given the length and breadth of the defendants' motions, the Government respectfully requests an extension of time up through December 15, 2005, to file its responses.

9.      Jonathan J. Einhorn, Esq., counsel for defendant Nelson Datil, Richard S. Cramer, Esq., counsel for defendant David Brown, Michael S. Hillis, Esq., counsel for defendant Richard Brown, and Kurt F. Zimmerman, Esq., counsel for defendant Angel Hernandez have indicated

that they have no objection to the requested continuance.

Accordingly, the Government respectfully requests that the Court grant an extension of time for filing of its response to defendants' motions for acquittal and new trial until December 15, 2005.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
JONATHAN BIRAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No.  ct21922
Email: jonathan.biran@usdoj.gov

/s/
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct25713
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
Email: michael.mcgarry@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on December 1, 2005, a copy of the foregoing was served by U.S.

Mail on the following persons:


Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Michael S. Hillis, Esq.
Dombroski Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Kurt F. Zimmermann, Esq.
Silverstein and Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510
(counsel for Angel Hernandez)

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)


/s/_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY