UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (EBB) |
| VS. | |
| NELSON DATIL | DECEMBER 16, 2005 |

**MOTION FOR PERMISSION TO FILE OUT OF TIME**
**MEMORANDUM *NUNC PRO TUNC***

The Defendant moved orally for a judgment of acquittal at the conclusion of the Government's case in chief. After the guilty verdicts were announced, the Court directed counsel to file supporting memoranda. The Defendant, Nelson Datil's, Memorandum was not filed until November 8, 2005.

Wherefore, the Defendant Nelson Datil requests permission to file his Memorandum out of time, *nunc pro tunc*.

        THE DEFENDANT,
        NELSON DATIL


        BY_____
        JONATHAN J. EINHORN, HIS ATTORNEY
        412 ORANGE STREET
        NEW HAVEN, CT 06511
        Fed Bar ct 00163 /203-777-3777

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 16th day of December, 2005 to:

Jonathan Biran, AUSA
P.O. Box 1824
New Haven, CT  06501

        _____
        JONATHAN J. EINHORN