UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR341 (EBB) |
| VS. | |
| NELSON DATIL | MAY 30, 2006 |

## MOTION TO CONTINUE SENTENCING

The Defendant, Nelson Datil, moves that his sentencing, scheduled for Monday, June 19, 2006, be continued due to the fact that defense counsel has just been notified that the Presentence Interview Report is available, but he has not yet obtained it for review as he has been on trial for approximately three (3) weeks in U.S. District Court in Bridgeport in the matter of *United States vs. Warren Hawkins*, No. 3:05 cr 58 (SRU). The defendant would request that his sentencing be scheduled at the same time as his co-defendants in September, 2006.

Assistant U.S. Attorney Michael McGerry hereby consents to such request.

THE DEFENDANT,
NELSON DATIL

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED. BAR NO. 00163
203-777-3777

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 23RD day of May, 2006 to the following:

Michael McGerry, AUSA
P.O. Box 1824
New Haven, CT 06501

_____
JONATHAN J. EINHORN