# United States District Court

──────── DISTRICT OF ────────

USA v. Shoreline Motors, et al. CT
Jose Espinosa

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03cr355 / 3:02cr341

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | M. McGarry | Zimmerman, Einhorn, Hillis, Mirto, Kriznick |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/19/06 | I. Sanchez | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 9/19/06 |  |  | Diane Cutillo - Huntington Beach CA |
| AB |  | 9/19/06 | ✓ | ✓ | Shoreline Loss Comparison |
| AA |  | 9/19/06 | ✓ | ✓ | Mitsubishi Principal Lost |
| AA-1 |  | 9/19/06 | ✓ | ✓ | Affidavits |
|  | 500 | 9/19/06 | ✓ | ✓ | Complaints |
| X |  | 9/19/06 |  |  | Stuart Coller - New Haven CT |
| 10A |  | 9/19/06 | ✓ | ✓ | Monthly Breakdown 1/99 - 10/02 |
| D |  | 9/19/06 | ✓ | ID | 302 of Jose Concepcion |
| 110 |  | 9/19/06 | ✓ | ✓ | Employees' Gross Earnings |
| 110.1 |  | 9/19/06 | ✓ | ✓ | Dealer Financial Statement |
|  | X | 9/19/06 |  |  | David Stivers, Jr - Loxahatchee, FL |
|  | 501 | 9/19/06 | ✓ | ✓ | Resume of Stivers |